

(32) - (4)

## OREGON DEPARTMENT OF CORRECTIONS
# Problem List

SS# N/A          SSI _____

Health Insurance N/A          Veteran NO

SAIF/WC _____          Open ____  Closed ____

| Date Received | Date Paroled | Date Received | Date Paroled |
|---|---|---|---|
| 4.16.10 | | | |
| | | | |
| | | | |

| Date | Prob. No. | Problems | Date Resolved |
|---|---|---|---|
| 1/2010 | | Pard in Wash. Co. jail - Started tx 6/1/10   D/cd alt off compl 10/8/10 | 10/8/10 |
| 06/2010 | | Hepatitis C ⊕ Hep B ⊖  Type 1b  Grade 2-3  Stage 2 10/10 | |
| 7/2011 | | Chronic LBP | |

IMMUNIZATIONS:

Tetanus/Td. _____

Influenza Vaccine _____

Pneumovax _____          Hep A _____

Twin Rix #1  7/2/10
Twin Rix #2  10/9/10          Hep B _____
Twin Rix #3  4/5/11

Allergies/Sensitivities  PCN
                         RaSh

LARIOS-MARTINEZ, MOISES
SID#14201155
DOB: ███████

CD 493 H (11/93)

Declaration of Steven Shelton, M.D.
Attachment 1; Page 1 of 100

196

OREGON DEPARTMENT OF CORRECTIONS
# PHYSICAL EXAMINATION

DISTANT VISION    ☐ With    ☑ Without Glasses    R _20/25_    L _20/15_

HEARING    ☑ Adequate    ☐ Not Adequate    (Spoken voice at 20 feet)

## SUBJECTIVE

CURRENT COMPLAINT: _none_

## OBJECTIVE

Make pertinent comments regarding positive findings, correlate with positive history when indicated. WNL indicates that the examiner found no clinical evidence of disease or other health condition.

| | SYSTEM | +HISTORY | EXAMINATION |
|---|---|---|---|
| I. | Integument<br>scars<br>scalp<br>hair<br>skin<br>nails | neg | WNL |
| II. | HEENT<br>head<br>eyes<br>ears<br>nose<br>throat/mouth | | WNL |
| III. | Lymph Nodes | | WNL |
| IV. | Breasts | | WNL |
| V. | Lungs/Chest | | WNL |
| VI. | Cardiac/Circ. | | WNL |
| VII. | Abdomen | | WNL |

☑ Male    ☐ Female

Height _5' 6"_    Weight _142 (lbs)_
Pulse _71_    B/P _117/74_
Temp _98.6°_

LAURIOS-MARTINEZ, MOISES
14201155

CD 1299 H pl (11/94)

LAR-MAR-PLT- 202

Declaration of Steven Shelton, M.D.
Attachment 1; Page 2 of 100

176

| SYSTEM | +HISTORY | EXAMINATION |
|--------|----------|-------------|
| VIII. Hernia | neg | WM |
| IX. GU (Male) penis testes/scrotum | | WM |
| X. Rectum | ✓ | WM |
| XI. GU (Female) BSU/external cervix uterus adnexa | | |
| XII. Nervous System | neg | WM |
| XIII. Othopedic | | WM |
| XIV. Mental Status | | WM |

## ASSESSMENT

1.  Write major diagnoses/problems on Problem List.

## PLAN

1.  Write necessary follow-up on Order Sheet.
2.  Write brief SOAP note in Progress Notes.

## PATIENT TEACHING COMPLETED DURING EXAMINATION

☐ Medications          ☐ Diet/Exercise          ☒ Self Testicular Exam

☐ Weight Reduction     ☐ Back Care              ☐ Self Breast Exam

☒ Communicable Disease Control                   ☐ Smoking Cessation

Instructions/Comments _____

_____

Signature of Practitioner _____ Date 4/20/10    LAURIOS-MARTINEZ,MOISES
                                                14201155

## MEDICAL HISTORY

Check appropriate response. Explain all "yes" answers briefly; e.g. date of occurrence or diagnosis, type and length of treatment or prescriptions.

|  | | YES | NO | COMMENT |
|---|---|---|---|---|
| 1. | Arthritis | ☐ | ☑ | |
| 2. | Eczema/Skin Condition | ☐ | ☑ | |
| 3. | Eye disease/Blindness | ☐ | ☑ | |
| 4. | Thyroid Trouble | ☐ | ☑ | |
| 5. | Heart Trouble | ☐ | ☑ | |
| 6. | High Blood Pressure | ☐ | ☑ | |
| 7. | Emphysema/Asthma | ☐ | ☑ | |
| 8. | Stomach Trouble | ☐ | ☑ | |
| 9. | Hepatitis/Liver Disease | ☐ | ☑ | |
| 10. | Gall Bladder Problem | ☐ | ☑ | |
| 11. | Diabetes | ☐ | ☑ | |
| 12. | Kidney/Bladder Problem | ☐ | ☑ | |
| 13. | Prostate Trouble | ☐ | ☑ | |
| 14. | Rectal Bleeding/Hemorrhoids | ☐ | ☑ | |
| 15. | Epilepsy | ☐ | ☑ | |
| 16. | Cancer | ☐ | ☑ | |
| 17. | Blood Disorder | ☐ | ☑ | |
| 18. | HIV | ☐ | ☑ | |
| 19. | STD's | ☐ | ☑ | |

*2. bad disc's in back / mrn — gets pain + numbness / tingling in times in leg. off*

### TRAUMA/ORTHOPEDIC/HOSPITALIZATION
(Significant Only)

*x3 yrs ago -*

Injuries: _____

Surgeries: _____ — *yes — had L/H operation x3 yrs ago - 86*

Hospitalization: _____

### IMMUNIZATION HISTORY

Enter date received or N/A

MMR_____   Tetanus?   Pneumovax ?   Hep A?   Hep B?   Twinrix?

### FAMILY HISTORY

Are any or your relative known to have:

|  | | YES | NO | COMMENTS |
|---|---|---|---|---|
| 1. | Arthritis | ☐ | ☑ | |
| 2. | Allergies | ☐ | ☑ | |
| 3. | Anemia | ☐ | ☑ | |
| 4. | Bleeding Tendencies | ☐ | ☑ | |
| 5. | Cancer | ☐ | ☑ | |
| 6. | Diabetes | ☐ | ☑ | |
| 7. | Epilepsy | ☐ | ☑ | |
| 8. | Heart Trouble | ☐ | ☑ | |
| 9. | Hypertension | ☐ | ☐ | |
| 10. | Mental Illness | ☐ | ☐ | |
| 11. | Other Inherited Disease | ☐ | ☑ | |

### ADDITIONAL INFORMATION

Is there anything else about your health history/status that we should be aware of?     Yes☐   No☐
If yes, explain _____

LAURIOS-MARTINEZ,MOISES
14201155

Declaration of Steven Shelton, M.D.
Attachment 1; Page 4 of 100

**OREGON DEPARTMENT OF DEPARTMENT**
**MED: . RECEIVING SCREENING/MEDICAL HISTOR**

| LEVEL OF CONSCIOUSNESS | MENTAL STATUS | BEHAVIOR | APPEARANCE | SKIN CONDITION |
|---|---|---|---|---|
| ☑Alert | ☐Oriented AOx3 | ☐Cooperative | ☑Relaxed | ☐Unremarkable |
| ☐Confused | ☐Normal Affect | ☐Passive | ☐Clean/Neat | ☐Bruises |
| ☐Agitated | ☐Flat Affect | ☐Evasive | ☐Disheveled | ☐Breaks in Skin |
|  | ☐Elated | ☐Demanding | ☐Dirty | ☐Rash |
| GAIT | ☐Fearful | ☐Angry | ☐Body Odor | ☐Diaphoretic |
| ☐Normal | ☐Hyper vigilant | ☐Threatening | ☐Tremulous | ☐Infestation |
| ☐Limps | ☐Hallucinating | ☐Combative | ☐Body Deformity | ☐Needle Marks |
| ☐Staggering | ☐Delusional | ☐Appears in Pain | ☐Prosthetics | ☐Lesions |
| ☐Other_____ | ☐Incoherent |  | ☐Poor Dentition | ☐Other_____ |

1. Do you have any current illness, injury, or special health requirements?     Yes☐   No☑
   Explain:

2. Dental Screening completed   Yes☒   No☐   Follow up:   Routine ☒   Urgent ☐   Emergent☐

3. Are you currently on medications? Benadryl - last taken x     Yes☒   No☐
   Medications:   15 days ago for HA - No

4. Do you have or have you had any communicable diseases?     Yes☐   No☐
   Explain:_____

5. Alcohol and drug use:     Yes☐   No☐
   Alcohol: Type:_ ⊘   Amount:___   Last Use:

   Tobacco Type:  How much? ⊘ How Many Years?
   Drugs:   Type ⊘   1ˢᵗ Use   Last Used   Duration   Mode
   ___   ___   ___   ___
   ___   ___   ___   ___

6. Have you had serious withdrawal symptoms (seizures, DT's) after stopping drugs or alcohol?     Yes☐   No☐
   Explain:_____

7. ALLERGIES:
   Reactions: Pork fish - PCN - hives

**FEMALE INMATE**                          Are you pregnant now?     Yes☐   No☐

|  |  | Yes | No | Comments |
|---|---|---|---|---|
| a. | PID | ☐ | ☐ |  |
| b. | Lumps in Breast | ☐ | ☐ | ___ |
| c. | Menopausal | ☐ | ☐ | ___ |
| d. | Gyn Surgery | Date |  |  |
|  | i.Tubal |  |  |  |
|  | ii.Hyst/Why? | ___ | ___ |  |
|  | iii.Pan Hyst/Why? | ___ | ___ |  |
|  | iv.C Sect | ___ | ___ |  |

Pregnancy History
| a. | Gravida/#pregnancies | ___ | ___ |
| b. | Para/# of births | ___ | ___ |
| c. | SAB/miscarriages | ___ | ___ |
| d. | TAB/abortions | ___ | ___ |
| e. | LMP | ___ | ___ |
Birth Control Method_____

LAURIOS-MARTINEZ,MOISES
14201155
██████

Declaration of Steven Shelton, M.D.
Attachment 1; Page 5 of 100

17+

## MENTAL HEALTH

1. Have you ever been treated for mental health or emotional problems?  Yes☐  No☑
   If yes, when, why, & where?
   Medication?_____

2. Have you been a mental health or suicide risk during incarceration at DOC facility?  Yes☐  No☑
   If yes, explain?_____

3. Have you ever been hospitalized for mental illness  Yes☐  No☑
   If yes, where and how long?_____

4. Have you ever attempted/consider suicide?  Yes☐  No☑
   If yes, when, why, & how?

5. Are you thinking of hurting and/or killing yourself?  Yes☐  No☑
   If yes, explain_____

6. Do you feel there is nothing to look forward to in the immediate future? (Inmate expressing hopelessness and/or helplessness?)  Yes☐  No☑
   If yes, explain_____

7. Was the inmate a medical, mental health or suicide risk during the incarceration in the sending institution, and/or does the transporting office believed that the inmate is a medical, mental health or suicide risk now?  Yes☐  No☐
   If yes, explain:_____

*************************************************************************************************************
## DISPOSITION

**Mental Health Referral:**  Yes☐  No☑  What time?_____
   Who did you contact?_____

**Medical Referral**  Yes☐  No☑  What time?_____
   Who did you contact?_____

**Population:**
   General population ☑  General population w/referral ☐  infirmary ☐

**Instructed in accessing health care?**  Yes☑  No☐
   If no, why?_____

Date /Time Screened: 4/9/10   0830

Signature: X _____ (Inmate Signature)  Date: X_____

Signature: _____ (Interviewer Signature)  Date: 4/6/10

Signature: _____ (Practitioner Signature)  Date: 4/20/10

LAURIOS-MARTINEZ,MOISES
14201155

Declaration of Steven Shelton, M.D.
Attachment 1; Page 6 of 100

# Boceprevir Treatment Algorithm

| | Lead-in Peg/Rib | Wk 8 RNA | Wk 24 RNA | Triple Therapy Peg/Rib/Boceprevir | Peg/Rib | Total Duration |
|---|---|---|---|---|---|---|
| Treatment-naïve | 4 wks | Neg | Neg | 24 wks | - | 28 wks |
| | 4 wks | Pos | Neg | 32 wks | 12 wks | 48 wks = 8/7/ |
| Prior Relapser or | 4 wks | Neg | Neg | 32 wks | - | 36 wks |
| Partial Responder | 4 wks | Pos | Neg | 32 wks = 5/22/13 | 12 wks | 48 wks |
| Cirrhotics | 4 wks | | Neg | 44 wks | | 48 wks |
| Null responder | No data | | | | | |

*Handwritten: 5/24 · 9/5/12 ; B/U-5/24 ; b/10/12*

Peg = Peginterferon
Rib = Ribavirin

LARIOS-MARTINEZ, MOISES
14201155



**STOPPING RULES/TREATMENT FUTILITY:** If HCV RNA ≥100 IU/mL at week 12, or detectable at any level at week 24, discontinue all treatment. It isn't working.

LAR-MAR-PLT- 013

7

## Hepatitis C Viral Eradication Treatment Monitoring

RCV 10/10/12 → 2/27/13

| Wk 0 | Date 9/5/12 | **Begin Viral Eradication Treatment** Order CMP, CBC, assessments wkly for four weeks |
|------|------|------|

Weight = 170 pounds

Hepatitis C Genotype: 1

**Order Medication Therapy**
1. Genotypes 1 or 4: If weight >165 pounds: Ribavin 600 mg p.o. bid x 12 weeks
   If weight <165 pounds: Ribavin 400 mg p.o. q a.m. and 600 mg p.o. q p.m. x 12 weeks
   Genotypes 2 or 3: Ribavirin 400 mg bid x 12 weeks
2. Pegylated interferon alpha-2a 180 mcg sc every week x 12 weeks
Baseline Hepatitis C Quantitative Viral Load for Genotypes 1 and 4:

| Wk 1 | Date | | Assessment, CBC, CMP | ☐ See Chart Notes |
|------|------|--|------|------|

Subjective

Objective

Assessment

Plan

| Wk 2 | Date 9/19/12 | Assessment, CBC, CMP | ☒ See Chart Notes |
|------|------|------|------|

9/17/12 P/+

Subjective NL complaints ct cll

Objective JKM, dngt P

Assessment HCV to wk 2

Plan Follow per protved c remm RVR WLC

| Wk 3 | Date 9/26/12 | Assessment, CBC, CMP | ☐ See Chart Notes |
|------|------|------|------|

Subjective realms oft prulspc. Mvd stymc. Mvcl surgs

Objective X O lnt dn nacl tur

Assessment CEA oft prdvcc dd AWL, Null rnw

Plan Fn lwl prduc, brutfnd

| Wk 4 | Date 10/7/12 | Assessment, CBC, CMP | ☐ See Chart Notes |
|------|------|------|------|

Subjective Xun su Fm. RM oll

Objective Mt f fla Q Runt pnly but 170 oll

Assessment Hu Ye ot WLY

Plan Fm Mnrtny to tnkyc T

*Order CBC, CMP, assessments every 2 weeks for 4 weeks.

---

Genotype 1 or 4    48 weeks
Genotype 2 or 3    24 weeks

Monitoring: (see reverse)
LAB: CBC and CMP weekly for 4 weeks then monthly if stable. Best to get lab 24 hours before dosing Interferon.

TSH: baseline, and at 12 wks
Viral load: baseline and at 12 weeks for Genotype 1 or 4

HCV RNA QUANT (Viral Load): Do at baseline and at 12 weeks for Genotypes 1 or 4. Repeat 6 mos. after treatment is complete for all.

ALT: If over 2 times baseline, consider Interferon induced autoimmune Hepatitis, consider stopping Interferon therapy.

Hgb:
>10    No intervention unless symptoms
8.5-9.9    Decrease Ribavirin by 200 mg per day or add EPO
<8.5    Hold Ribaviria and/or add EPO

ANC:
>500    No intervention unless symptoms
250-500   Consider Interferon Reduction or add Neupogen
<250    Should hold Interferon and/or add Neupogen (see "Viral Eradication Therapy Guidelines")

Platelets:
>50k    No intervention
25-50K    Interferon reduction
<25K    Hold interferon until >50K, then resume at 50% dose

Directed Physical Exam: Do a directed physical exam at each visit. Respiratory problems somewhat common with Interferon. Consider Chest X-ray.

Mental Health: Evaluate for depression, aggression, drug abuse at each visit and consult CTS prn.

Nam
**LARIOS-MARTINEZ, MOISES**
SID#14201155

**LAR-MAR-PLT- 019**

Declaration of Steven Shelton, M.D.
Attachment 1; Page 8 of 100

# Hepatitis C Viral Eradication Treatment Monitoring

| Wk 6 | Date | Assessment, CBC, CMP |
|---|---|---|
| Subjective | | |
| Objective | | |
| Assessment | | |
| Plan | | |

| Wk 8 | Date 10/31/12 | Assessment, CBC, CMP | ☐ See Chart Notes |
|---|---|---|---|

Subjective DRennip 440/A D 2 VK, Alot g/d, L AC pain + lchly -

Objective s/an + lyi @   Amy ~10Kg   146 121, 50   Pt + 54

Assessment HCV Tp. 4 wk BCV ✓ 11/7

Plan Continue Av, rtal in prints. Fm + 11/7, cavelne
for and skn c dirrhea, watch platelets
*Order HepC Quant Viral Load if Genotype 1 or 4 in 4 weeks.
*Order TSH, CBC, CMP, evaluation in 4 weeks.

| Wk 12 | Date 12/3/12 | Assessment, CBC, CMP, TSH Viral Load (QN) if Genotype 1 or 4 | ☐ See Chart Notes |
|---|---|---|---|

Subjective Review 70% VVR, Nausea

Objective art dd f clhy OK   ANC 783 4/26 → 680 12/10

Assessment ? N-penm gradually → A relate, fulli + 9 + blood.

Plan If Genotype 1 or 4 ☐ Continue or ☐ Discontinue Ribavirin and Interferon.
⇈ Δ MARS', Retry Δ sitmn, follov accy sypt
Follov loper on 14 Pg ē CBC, ↑ ↑ sym → NV. Corrthr nenpgn
* If continuing meds for Genotype 1 or 4, reorder meds for 36 additional weeks.
* If continuing meds for Genotype 2 or 3, reorder meds for 12 additional weeks.
* Order CBC, CMP, evaluation Every 4 weeks for 12 weeks if continuing treatment.

| Wk 16 | Date 1/4/13 | Assessment, CBC, CMP | ☐ See Chart Notes |
|---|---|---|---|

Subjective Dorm w/l --

Objective WM ok

Assessment Trtlk ↓4y

Plan Rentry Car

Name _____
SID# _____

Monitoring: (see reverse)
LAB: CBC and CMP weekly
4 weeks then monthly if stable
Best to get lab 24 hours before
dosing Interferon.

TSH: baseline, and at 12 wks
Viral load: baseline and at
12 weeks for Genotype 1 or 4

HCV RNA QUANT (Viral Lo
Do at baseline and at 12 week
Genotypes 1 or 4. Repeat 6 m
after treatment is complete for

ALT: If over 2 times baseline
consider Interferon induced
autoimmune Hepatitis, consid
stopping Interferon therapy.

Hgb:
>10        No intervention unl
symptoms
8.5-9.9   Decrease Ribavirin b
200 mg per day or add EPO
<8.5       Hold Ribavirin and
add EPO

ANC:
>500       No intervention unles
symptoms
250-500  Consider Interferon
Reduction or add Neupogen
<250       Should hold Interfere
and/or add Neupogen (see "Vi
Eradication Therapy Guideline

Platelets:
>50k       No intervention
25-50K   Interferon reduction
<25K       Hold interferon until
>50K, then resume at 50% d

Directed Physical Exam:
Do a directed physical exam at
each visit. Respiratory problem
somewhat common with
Interferon. Consider Chest X-r

Mental Health: Evaluate for
depression, aggression, drug ab
at each visit and consult CTS p

## Hepatitis C Viral Eradication Treatment Monitoring

BLV 15

| **Wk 20** | Date 1/23/13 | Assessment, CBC, CMP |

Subjective
Turdwell chg-dffi.

Objective
OM 403, p74 403 PM N
Ch4/t d.A + Abn ⊖

Assessment
HCV Tribl Yo

Plan
↓ Pcg BT + ✓ Q2 for AUW.

| **Wk 24** | Date 2/20/13 | Assessment, CBC, CMP | ☐ See Chart Notes |

Subjective
Febome sl.↑, Mr depression

Objective
Ante Mr.e + ∅ hours M4 47

Assessment
AW Tl↑ ē + Moddt on 1/2 Peg dose

Plan
✓ Q 2wks ī rem√

*If Genotype 2 or 3, stop Pegasys therapy. Recheck HCV Quant Viral Load in 6 mos.
*Order CBC, CMP, evaluation Every 4 weeks for 24 weeks if Genotype 1 or 4.

| **Wk 28** | Date | Assessment, CBC, CMP | ☐ See Chart Notes |

Subjective

Objective

Assessment

Plan

| **Wk 32** | Date | Assessment, CBC, CMP | ☐ See Chart Notes |

Subjective

Objective

Assessment

Plan

Genotype 1 or 4   48 weeks
Genotype 2 or 3   24 weeks

Monitoring: (see reverse)
LAB: CBC and CMP weekly for
4 weeks then monthly if stable.
Best to get lab 24 hours before
dosing Interferon.

TSH: baseline, and at 12 wks
Viral load: baseline and at
12 weeks for Genotype 1 or 4

HCV RNA QUANT (Viral Load):
Do at baseline and at 12 weeks for
Genotypes 1 or 4. Repeat 6 mos.
after treatment is complete for all.

ALT: If over 2 times baseline,
consider Interferon induced
autoimmune Hepatitis, consider
stopping Interferon therapy.

Hgb:
>10       No intervention unless
symptoms
8.5-9.9   Decrease Ribavirin by
200 mg per day or add EPO
<8.5      Hold Ribavirin and/or
add EPO

ANC:
>500      No intervention unless
symptoms
250-500   Consider Interferon
Reduction or add Neupogen
<250      Should hold Interferon
and/or add Neupogen (see "Viral
Eradication Therapy Guidelines")

Platelets:
>50k      No intervention
25-50K    Interferon reduction
<25K      Hold interferon until
>50K, then resume at 50% dose

Directed Physical Exam:
Do a directed physical exam at
each visit. Respiratory problems
somewhat common with
Interferon. Consider Chest X-ray

Mental Health: Evaluate for
depression, aggression, drug abuse
at each visit and consult CTS prn.

LARIOS-MARTINEZ, MOISES
14201155

130

## Oregon Department of Corrections
### Hepatitis C Treatment Progress Notes

| DATE | WEEK # | |
|------|--------|---|
| 10/8/12 | 4 | S: Sl. nausea otw dely well. |
| | | O: Affect ok, slm. ex |
| | | LL 7.7 |
| | | AP: HCV Tx w/o RVR - Program Hx |
| | | In spmt/h + stnt wed. |
| 10/15/12 | 5 | S: Fatigue only 7.50 c Soccpons |
| | | O: Slm + digt ex, |
| | | Ldy tmorrw |
| | | AP:/ HCV Tx Day 5 BlV - Day wdh |
| | | + follow |
| 12/17/12 | 9 | S: Alot nausea, Neq |
| | | O: ocul. PR? Em al |
| | | AP: HCV Tx - Don call - Runby |
| | | Car plus + Pej for AM + perf px |
| | | + prAM, |
| 2/6/13 | 22 Wk 17 | S: Fatyuc Naud all wk, Tood deep, mlt qurd |
| | | O: Slm quol Hd patdy |
| | | AP/, HCV Tx- Don wM + folm |

LARIOS-MARTINEZ, MOISES
14201155

LAR-MAR-PLT- 136

Declaration of Steven Shelton, M.D.
Attachment 1; Page 11 of 100

# Hepatitis C Monitoring

| DATE | 10-13-11 | 2-17-12 | |
|---|---|---|---|
| Subjective | | c/o LUE pain x4d | |
| Exam | wt. 168# | 143/82  173# | |
| ALT/AST | 26/27 | 40/35 | |
| Other pertinent lab | plts 120,000 | plt. 95,000 | |
| Possible Medical Contraindications or Barriers to Treatment with Ribavirin and Interferon (Check if Pertinent) | ○ Major Medical<br>○ Major Mental Health<br>○ Risk Behavior for Hepatitis<br>○ No Liver Enzyme Elevation<br>○ Time to Serve<br>○ Decompensated Cirrhosis<br>○ Aggressive Behavior<br>○ Non-compliance<br>○ Liver Biopsy Results<br>○ Other | ○ Major Medical<br>○ Major Mental Health<br>○ Risk Behavior for Hepatitis<br>○ No Liver Enzyme Elevation<br>○ Time to Serve<br>○ Decompensated Cirrhosis<br>○ Aggressive Behavior<br>○ Non-compliance<br>○ Liver Biopsy Results<br>○ Other | ○ Major Medical<br>○ Major Mental Health<br>○ Risk Behavior for Hepatitis<br>○ No Liver Enzyme Elevation<br>○ Time to Serve<br>○ Decompensated Cirrhosis<br>○ Aggressive Behavior<br>○ Non-compliance<br>○ Liver Biopsy Results<br>○ Other |
| *Comments* | Bx Oct 2010  gr 2  st 2  1b | | |
| Interval Change | | ↓ platelets  (128 — 95 past 3yrs. | |
| Assessment | | (no prior  (Report do TLC) | |
| Plan | T. Bust | T.By | |

See reverse for "Medical Contraindications".
Refer to ODOC - Health Services "Medical Guidelines for Hepatitis C B details on ongoing monitoring of patients who are Hepatitis C positive.

LARIOS-MARTINEZ, MOISES
14201155

# Hepatitis C Evaluation Worksheet

*Date*

| SECTION 1   Initial Screening Information (Complete within 30 days) | | | Date |
|---|---|---|---|
| HCV antibody positive? | ☒Yes | ☐No | 7/2010 |
| Time left to serve greater than 12 months?           01/2014 | ☒Yes | ☐No | 7/2010 |
| Hepatis B surface antigen positive? (If yes, consider specialty consult/TLC.) | ☐Yes | ☒No | 07/2010 |
| HIV positive? (If yes, consider specialty consult/TLC.) | ☐Yes | ☒No | 07/2010 |

ALT Values  Baseline Result *nl*  Date  *05/2010*
Repeat six months  Result _____ Date ____/____   Repeat 12 months  Result _____  Date _____
                                                       Repeat 18 months  Result _____  Date _____

If baseline ALT is abnormal and patient has 12-18 months to serve, obtain Hepatitis C Genotype.
**Genotype** | *1b*  Date *07/10*
If type 1 or 4, pt needs 18 months to serve, if type 2 or 3, 12 months is sufficient to complete treatment and follow-up.

| Is patient an appropriate candidate for futher evaluation for possible treatment with Interferon and Ribavirin?  *If yes, proceed to Sections 2, 3, and 4.  If no, give reason.* | ☒Yes | ☐No | |

*M wants Tx*

**Signature** _____        Date  *07/2010*

## INSTRUCTIONS—General Principles

1. Refer to ODOC - Health Services "Medical Guidelines for Hepatitis C Evaluation and Treatment" for details on the evaluation of patients who are Hepatitis C antibody positive. The instructions that follow are intended as a general guide to using this form only.

2. If a patient's status regarding Hepatitis C has otherwise changed, initiate a new form.

3. Section 1—Based on patient's medical status and current ODOC - Health Services policy/protocol, decide if patient needs further evaluation for possible liver biopsy and treatment. If the patient has normal ALT or less than 12 months sentence to serve, patient generally would not proceed to liver biopsy. Patients who are Hepatitis C antibody positive and have normal liver enzymes can generally safely have ALT monitoring only, but they still should have an initial medical evaluation for the possible presence of liver cirrhosis.

5. Section 2, 3, and 4 should be completed concurrently, and usually within three months of the date at the top of the form. Avoid unnecessary delay in determining if the patient is an appropriate treatment candidate based on more complete medical information. There are absolute and relative contraindications to treatment with Interferon and Ribavirin. (See "Medical Guidelines for Hepatitis C Evaluation and Treatment".) History, examination, and laboratory evaluation should help to determine if these exist or not.

6. Section 5—Make a decision about the appropriateness of proceeding to liver biopsy and treatment for this patient based on current medical information. Generally you should be able to make this decision within four months of the date at the top of the form. If you are undecided because you need more information, you may defer biopsy, but always document your clinical decision making process if you are not proceeding to Section 6.

7. If, after completing sections 2, 3, 4, and 5, you consider your patient appropriate medically to proceed to liver biopsy, proceed to section 6. Bring all clinical information to TLC meetings for consideration by the committee.

8. If, after completing sections 2, 3,4, and 5, there are medical or other contraindication LARIOS-MARTINEZ, MOISES
already occurred, the patient should be followed clinically. Monitor patient at le SID#14201155
(See form "Hepatitis C Monitoring".)                                DOB ▇▇▇▇▇

**LAR-MAR-PLT- 062**

Declaration of Steven Shelton, M.D.
Attachment 1; Page 13 of 100

| SECTION 2   Further Medical Evaluation | | | Date |
|---|---|---|---|
| Directed History and Exam shows evidence of serious hepatic illness. | ☐ Yes | ☒ No | 08/10 |
| Evidence of decompensated liver disease or clinical evidence of cirrhosis, e.g., ascites, history of hepatic encephalopathy, history of esphageal varices, etc. | ☐ Yes | ☒ No | 08/10 |
| HIV/AIDS (HIV Ab positive)? | ☐ Yes | ☒ No | 07/10 |
| Hepatitis B surface antigen positive? _No._ | ☐ Yes | ☒ No | 07/10 |
| Major Medical Illness poorly controlled, e.g. Diabetes, ASCVD, Angina, COPD, Thyroid, Mental Health Issues, Cancer, Autoimmune Disorder, etc. Explain. No   No   No   No | ☐ Yes | ☐ No | |
| Lab Evaluation (Do CBC, Metabolic Profile, INR, TSH, ANA, HIV testing). Any significant Abnormalities? Explain.   platelets 129   all W. T plts ↓   Proteine is 1.0 | ☒ Yes | ☐ No | 07/10 |

| SECTION 3   Mental Health Considerations | | | Date |
|---|---|---|---|
| Major mental illness poorly controlled? | ☐ Yes | ☒ No | 08/10 |
| Evidence or history of suicide ideation and/or suicide attempt? | ☐ Yes | ☒ No | |
| History of severe psychiatric disorder? | ☐ Yes | ☒ No | |
| CTS referral for evaluation indicated/ordered? | ☐ Yes | ☒ No | |
| Recent aggressive behavior problems? | ☐ Yes | ☒ No | |

| SECTION 4   Other Concerns | | | Date |
|---|---|---|---|
| Evidence of concerns with risk behaviors? | ☐ Yes | ☒ No | 08/10 |
| Evidence of non-compliance with treatment or evaluations? | ☐ Yes | ☒ No | |
| Patient refused to sign contract? | ☐ Yes | ☐ No | |
| Specialty Consult Needed? Explain. If obtained, note results. | ☐ Yes | ☐ No | |
| Hep C booklet given   I'M says he has a friend who can translate it for him   (F/u one week)   Other Concerns? Explain. | ☐ Yes | ☐ No | 08/10 |

| SECTION 5   Clinical Decision making (Complete within 120 days) | | | Date |
|---|---|---|---|
| Is patient an appropriate candidate for possible liver biopsy and treatment with Interferon and Ribavirin?   (If YES, proceed to Section 6—Biopsy and Treatment) | ☐ Yes | ☐ No | |
| If patient is not an appropriate candidate at this time for liver biopsy and treatment, give reason:   Proceed to Hepatitis C Monitoring | | | |

| SECTION 6   Biopsy and Treatment | | | Date |
|---|---|---|---|
| Liver biopsy approved? | ☒ Yes | ☐ No | |
| Liver biopsy results (Obtain results within 180 days)   Grade  2-3   Stage  2   Genotype Results  1 B   (If not already done) | | | 10/12/10 |
| Liver biopsy results to TLC | ☒ Yes | ☐ No | 10/13/10 |
| Treatment with Ribavirin and Interferon approved by TLC? If yes, proceed to treatment. See "Treatment Monitoring" Form   If no, proceed to "Hepatitis C Monitoring" | ☐ Yes | ☒ No | 10/13/10 |
| HCV RNA results (Viral Load—Quantitative) _____   ( Complete before starting treatment if Genotype 1 or 4) | | | |

LARIOS-MARTINEZ, MOISES
14201155

Hep B VIS Y 2001 Hep A VIS 8 2004

## SCREENING QUESTIONS BEFORE SHOTS ARE GIVEN
### Check (✓) Yes or No.

| The questions below will help us decide which vaccines may be given today. If you need help with these questions, please ask the clinic staff to help you. Date 7-2-10 | Person getting Shots | | Dose |
|---|---|---|---|
| | YES | NO | |
| 1. Is the client sick today? | | | |
| 2. Has the client had a bad reaction to a vaccine in the past? | | | |
| 3. Has the client had a seizure or a brain problem? | | | |
| 4. Does the client have cancer, leukemia, AIDS or other immune system problems? | | | |
| 5. Has the client taken cortisone, prednisone or other steroids, anticancer drugs, or had x-ray treatment in the past 3 months? | | | |
| 6. Has the client received any blood or blood products, or been given a medicine called immune (gamma) globulin in the past year? | | | |
| 7. Is the client pregnant or is there a chance she could become pregnant within the next month? | | | |
| 8. Has the client received any vaccines in the past 4 weeks? | | | |
| 9. Does the client have allergies to medicines, foods, latex or vaccines? PCN(RGH) YO ← | | | |
| 10. Has the client had a fainting episode with injections in the past? | | | |

Hep A VIS 8 2004   Hep B VIS Y 2001

| The questions below will help us decide which vaccines may be given today. If you need help with these questions, please ask the clinic staff to help you. Date 10 19 10 | Person getting Shots | | Dose # |
|---|---|---|---|
| | YES | NO | |
| 1. Is the client sick today? | | ✓ | |
| 2. Has the client had a bad reaction to a vaccine in the past? | | ✓ | |
| 3. Has the client had a seizure or a brain problem? | | ✓ | |
| 4. Does the client have cancer, leukemia, AIDS or other immune system problems? | | ✓ | |
| 5. Has the client taken cortisone, prednisone or other steroids, anticancer drugs, or had x-ray treatment in the past 3 months? | | ✓ | |
| 6. Has the client received any blood or blood products, or been given a medicine called immune (gamma) globulin in the past year? | | ✓ | |
| 7. Is the client pregnant or is there a chance she could become pregnant within the next month? | | ✓ | |
| 8. Has the client received any vaccines in the past 4 weeks? | ✓ | | |
| 9. Does the client have allergies to medicines, foods, latex or vaccines? | ✓ | | |
| 10. Has the client had a fainting episode with injections in the past? | | ✓ | |

Hep A VIS 8 2004   Hep B VIS Y 2001

| The questions below will help us decide which vaccines may be given today. If you need help with these questions, please ask the clinic staff to help you. Date 4 7 11 | Person getting Shots | | Dose |
|---|---|---|---|
| | YES | NO | |
| 1. Is the client sick today? | | ✓ | |
| 2. Has the client had a bad reaction to a vaccine in the past? | | ✓ | |
| 3. Has the client had a seizure or a brain problem? | | ✓ | |
| 4. Does the client have cancer, leukemia, AIDS or other immune system problems? | | ✓ | |
| 5. Has the client taken cortisone, prednisone or other steroids, anticancer drugs, or had x-ray treatment in the past 3 months? | | ✓ | |
| 6. Has the client received any blood or blood products, or been given a medicine called immune (gamma) globulin in the past year? | | ✓ | |
| 7. Is the client pregnant or is there a chance she could become pregnant within the next month? | | ✓ | |
| 8. Has the client received any vaccines in the past 4 weeks? | ✓ | | |
| 9. Does the client have allergies to medicines, foods, latex or vaccines? | | ✓ | |

LARIOS-MARTINEZ, MOISES

8

Oregon Department of Corrections
Health Services Section
Non Formulary Medication Exception Request

*Please fill out all entries. Incomplete forms will not be processed. This order form must be filled out and signed by the Practitioner and Designated Reviewer at each Institution. The request is valid for the duration of the order.*

| Medication: | brecnevir (if virus present @ wk 4), interferon, ribavir |
| Dx for which med is required: | HepC Tx |
| Reasons Formulary Medication not used: | |

| Provider Signature: VB for Dr. Suhick | Date: 08/29/12 |

| URGENT NEED: | ☐ < 24 hrs   ☒ < 7 days |
| Comments: | |

| Reviewer Signature: | Date: |

To Med Review Committee: ☒ yes   ☐ no

Medication Review Committee Comments:

Approved: ☒ yes   For ___ months   ☐ no

| Signatures: Dr Shelton by phone | Date: 08-29-12 |

LARIOS-MARTINEZ, MOISES
14201155

LAR-MAR-PLT- 020

Declaration of Steven Shelton, M.D.
Attachment 1; Page 16 of 100

(34)

Oregon Department Of Corrections
Heath Services Division
Non Formulary Medication Exception Request
*Please fill out all entries. Incomplete forms will not be processed.*
*This order form must be filled out and signed by the Practitioner & Designated*
*Reviewer at Each Institution. The request is valid for the duration of the order.*

**INSTITUTION:** SRCI

**Medication:** Vit C

**Dx for which med is requested:** Fe defic. anemia

**Reasons Formulary Medication not used:** none

**Provider Signature:** T. Brusto    **Date:** 3-30-11

**URGENT NEED:** ☐ < 24hrs    ☐ < 7 days

**Comments:**

**Reviewer Signature:**    **Date:**

**To Med Review Committee:** ☐ yes    ☐ no

**Would you like to see this added to the formulary?** ☐ yes    ☐ no

**Medication Review Committee Comments:**

approved but get colonoscopy too

**Approved:** ☒ yes    **For** 6 **months**    ☐ no

**Signatures:** TB    **Date** 3/30/11

Inmate Name
Larios-Martinez, Marius?
Sid #
14261155

LAR-MAR-PLT- 046

Declaration of Steven Shelton, M.D.
Attachment 1; Page 17 of 100

114

 

OREGON DEPARTMENT OF CORRECTIONS

# PHYSICIAN'S ORDERS

| | | | |
|---|---|---|---|
| NAME Larios-Martinez, | DATE & TIME | INST. | DNS ☐ |
| # 142 0155 | Moise | | |

ALLERGIES: PC .N

SEND DUPLICATE TO PHARMACY

| | | | |
|---|---|---|---|
| NAME: Larios Martinez | DATE & TIME | INST. | DNS ☐ |
| # 1420155 | Maise | | |

ALLERGIES: R .N

SEND DUPLICATE TO PHARMACY

| | | | |
|---|---|---|---|
| NAME: Larios Martinez | DATE & TIME 2/13/0 | INST. | DNS ☐ |
| # 14 120 1155 | Maise | | |

LARIOS-MARTINEZ, MOISES    SID: 14201155
PEGASYS PFS~ 180MCG/0.5ML INJ () @
INJECT 90MCG SUBCUTANEOUSLY
EVERY WEEK - CONTROL BY STAFF
START: 02/13/13    STOP: 07/31/13

LARIOS-MARTINEZ, MOISES    SID: 14201155
PEGASYS PFS~ 180MCG/0.5ML INJ () @
DC'ED MED - 529614-0
START: 01/23/13    DC Date: 02/13/2013

ALLERGIES: R .N

SEND DUPLICATE TO PHARMACY

| | | | |
|---|---|---|---|
| NAME: Larios-Martinez | DATE & TIME 2/16/13 | INST. | DNS ☐ |
| # 14201155 | Moises | | |

CBL Monda

ALLERGIES: R .U

SEND DUPLICATE TO PHARMACY

All orders for schedule II and III medication will be automatically stopped in 72 hours.

LAR-MAR-PLT- 120

Declaration of Steven Shelton, M.D.
Attachment 1; Page 18 of 100

1/6

# PHYSICIAN'S ORDERS

NAME: Larios-Martinez, DATE & TIME 2/5/13    INST.    DNS ☐
# 14201155

Noted
2/18/13 ___ LL ___ left ___ arm ___ & ___ Q2 wks to ___ (1701)
2/12/30 ___ Energy RN ___ to ___ 8/12/13

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-Martinez, DATE & TIME 1/22/13    INST.    DNS ☐
# 14221155

LARIOS-MARTINEZ, MOISES    SID: 14201155
PEGASYS PFS~ 180MCG/0.5ML INJ () @
135MCG EVERY WEEK- CONTROL BY
STAFF
START: 01/23/13    STOP: 07/31/13

LARIOS-MARTINEZ, MOISES    SID: 14201155
PEGASYS PFS~ 180MCG/0.5ML INJ () @
DC'ED MED - 519142-1 ___ v/A/ ___ 1 tabs
START: 12/05/12    DC Date: 01/23/2013

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-Martinez, DATE & TIME 1/18/13    INST. SRU    DNS ☐
# 14201155

Draw Platelet count 1 CBC
1/18/13    monday . V.O Dr Galick/mat

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-Martinez, DATE & TIME 01-11-13 0816    INST. SRU    DNS ☐
# 14201155

SNR Jan 23rd (week 24) (TX) c Dr. Gullick +
1701 discuss Jan 18

3 Cps - Imum
omep

LARIOS-MARTINEZ, MOISES    SID: 14201155
OMEPRAZOLE^- 20MG CAP (PRILOSEC) @
TAKE 1 CAPSULE ORALLY ONCE DAILY
- OK IN CELL
START: 01/11/13    STOP: 01/11/14

LARIOS-MARTINEZ, MOISES    SID: 14201155
BISMUTH TABS~(PEPTO BISMAL) 262MG TAB
TAKE 2 TABLETS ORALLY (524MG) BY
MOUTH 4 TIMES DAILY - OK IN CELL
START: 01/11/13    STOP: 01/11/14

- LARIOS-MARTINEZ, MOISES    SID: 14201155
WHITE PETROLATUM- (=VASELINE) 48GM ()
APPLY TO AFFECTED AREA(S) ONCE
DAILY - OK IN CELL
START: 01/11/13    STOP: 07/10/13

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

All orders for schedule II and III medication will be automatically stopped in 12 hours.

**LAR-MAR-PLT- 122**

Declaration of Steven Shelton, M.D.
Attachment 1; Page 19 of 100

OREGON DEPARTMENT OF CORRECTIONS

# PHYSICIAN'S ORDERS

NAME: Larios Martinez,    DATE & TIME 12/20/12    INST.    DNS ☐

\# 14201155

moises

LARIOS-MARTINEZ, MOISES   SID: 14201156
BISMUTH TABS~(PEPTO BISMAL) 262MG TAB
- TAKE 2 TABLETS ORALLY (524MG) BY
MOUTH 4 TIMES DAILY - OK IN CELL
START: 12/20/12    STOP: 12/30/12

LARIOS-MARTINEZ, MOISES   SID: 14201165
DOXYCYCLINE~- HYC 100MG TAB (VIBRATAI
- TAKE 1 TABLET ORALLY TWICE DAILY
- OK IN CELL
START: 12/20/12    STOP: 12/30/12

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-martinez    DATE & TIME 12/20/12    INST.    DNS ☐

\# 14201155

moises

LARIOS-MARTINEZ, MOISES   SID: 14201166
METRONIDAZOLE~- (GEN FLAGYL) 500 MG T
- TAKE 1 TABLET ORALLY TWICE DAILY
- OK IN CELL
START: 12/20/12    STOP: 12/30/12

LARIOS-MARTINEZ, MOISES   SID: 14201155
CLARITHROMYCIN~- (GEN BIAXIN) 500MG TA
- TAKE 1 TABLET ORALLY BY MOUTH
- TWICE DAILY - OK IN CELL
START: 12/20/12    STOP: 12/30/12

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-Martinez    DATE & TIME    INST.    DNS ☐

\# 14201155

morse

LARIOS-MARTINEZ, MOISES   SID: 14201155
OMEPRAZOLE~- (GEN PRILOSEC) 40MG CAP
- TAKE 1 CAPSULE ORALLY ONCE DAILY
- OK IN CELL.
START: 12/13/12    STOP: 12/13/13

LARIOS-MARTINEZ, MOISES   SID: 14201155
NAPROXEN^(GEN NAPROSYN) 500MG TAB (N
DC'ED MED - 481957-3
START: 06/08/12    DC Date: 12/13/2012

LARIOS-MARTINEZ, MOISES   SID: 14201165
_OMEPRAZOLE~- 20MG CAP (PRILOSEC) @
DC'ED MED - 504897-1
START: 06/26/12    DC Date: 12/13/2012

LARIOS-MARTINEZ, MOISES   SID: 14201165
NABUMETONE^(GEN RELAFEN) 750MG TAB (
- TAKE 1 TABLET ORALLY BY MOUTH
TWICE DAILY - OK IN CELL
START: 12/13/12    STOP: 12/13/13

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-martinez    DATE & TIME 12/7/12    INST.    DNS ☐

\# 14201155

morse

LARIOS-MARTINEZ, MOISES   SID: 14201165
PEGASYS PFS~ 180MCG/0.5ML INJ () @
135MCG SUBCUTANEOUSLY EVERY
WEEK~ CONTROL BY STAFF
START: 12/05/12    STOP: 03/20/13

LARIOS-MARTINEZ, MOISES   SID: 14201155
PEGASYS PFS~ 180MCG/0.5ML INJ () @
DC'ED MED - 515836-0
START: 11/15/12    DC Date: 12/05/2012

LARIOS-MARTINEZ, MOISES   SID: 14201165
SALINE^ NASAL SPRAY~ 0.65%   45ML SPR ((
USE 1 SPRAY INTO EACH NOSTRIL 4
TIMES DAILY - OK IN CELL
START: 12/05/12    STOP: 12/05/13

LARIOS-MARTINEZ, MOISES   SID: 14201155
ONDANSETRON^(GEN ZOFRAN) 4MG TAB (Z(
TAKE 1 TABLET ORALLY TWICE DAILY - OK IN CELL
START: 12/05/12    STOP: 03/27/13

ALLERGIES: PCN

All orders for schedule II and atically stopped in 72 hours.

LAR-MAR-PLT- 125

Declaration of Steven Shelton, M.D.
Attachment 1; Page 20 of 100

OREGON DEPARTMENT OF CORRECTIONS

# PHYSICIAN'S ORDERS

| NAME: Larios-Martinez M | DATE & TIME | INST. | DNS □ |
|---|---|---|---|

142-2/155

LPS - BLU, PK., RAD.

8/12/13

8/12/13

LARIOS-MARTINEZ, MOISES   SID: 14201165
RIBAVIRIN^~(GEN COPEGUS) 200MG TAB (CC
TAKE 3 TABLETS ORALLY (600MG) BY MOUTH
TWICE DAILY STARTING 9/5/12 - CONTROL BY
STAFF
START: 11/16/12        STOP: 08/07/13

LARIOS-MARTINEZ, MOISES   SID: 14201165
VICTRELIS (BOCEPREVIR) (28X12) 200MG CA
TAKE 4 CAPSULES ORALLY (800MG) BY
MOUTH Q8 HOURS - CONTROL BY STAFF
START: 11/16/12        STOP: 05/22/13

LARIOS MARTINEZ, MOISES   SID: 14201165
PEGASYS PFS~ 180MCG/0.5ML INJ () @
INJECT 180MCG SUBCUTANEOUSLY EVERY WEEK
STARTING 9/5/12 - CONTROL BY STAFF
START: 11/16/12        STOP: 07/31/13

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

| NAME: Larios-Martinez M | DATE & TIME 10/31/12 | INST. | DNS □ |
|---|---|---|---|

# 14201155                                    1000

NOTED
PO:
145

CPL ē 11/7  1-6

LARIOS-MARTINEZ, MOISES   SID: 14201165
WHITE PETROLATUM~ (=VASELINE) 480M ()
APPLY TO AFFECTED AREA(S) ONCE
DAILY - OK IN CELL
START: 10/31/12        STOP: 11/30/12

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

| NAME: Larios-Martinez M | DATE & TIME 10/17/12 | INST. SRCI | DNS □ |
|---|---|---|---|

# 14201155

LCMA chit 9 mos,

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

| NAME: Larios-Martinez M | DATE & TIME 10/8/12 | INST. | DNS □ |
|---|---|---|---|

# 14201155   HCV Quant on  11/7/12

Pha acyst  onl  10/15/12

LARIOS-MARTINEZ, MOISES   SID: 14201165
VICTRELIS (BOCEPREVIR) (28X12) 200MG CA
TAKE 4 TABLETS 800MG BY MOUTH Q8
HOURS- CONTROL BY STAFF
START: 10/10/12        STOP: 03/27/13

LARIOS-MARTINEZ, MOISES   SID: 14201165
PEGASYS PFS~ 180MCG/0.5ML INJ () @
INJECT 180MCG SUBCUTANEOUSLY EVERY WEEK
STARTING 9/5/12 - CONTROL BY STAFF
START: 10/08/12        STOP: 03/20/13

LARIOS-MARTINEZ, MOISES   SID: 14201165
RIBAVIRIN^~(GEN COPEGUS) 200MG TAB (CC
TAKE 3 TABLETS ORALLY (600MG) BY MOUTH
TWICE DAILY STARTING 9/5/12 - CONTROL BY
STAFF
START: 10/08/12        STOP: 03/27/13

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

All orders for schedule II and III medication will be automatically stopped in 72 hours.

**LAR-MAR-PLT- 126**

Declaration of Steven Shelton, M.D.
Attachment 1; Page 21 of 100

121

# PHYSICIAN'S ORDERS

NAME: Larios-Martinez M   DATE & TIME 6/1/12  1944   INST.   DNS ☐
# 14701153

Fm Monday          Noted
                   Thurmen  10-3-12

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-Martinez M   DATE & TIME   INST.   DNS ☐
# 14701155   Cipr-lactam - Mobile

SID: 14201166
LARIOS-MARTINEZ, MOISES
BACITRACIN OPHTH. ONT.~ 3.5GM 0 @
APPLY TO AFFECTED AREA(S) NARES
TWICE DAILY - CONTROL BY STAFF
START: 09/28/12      STOP: 10/10/12

SID: 14201166
LARIOS-MARTINEZ, MOISES
OMEPRAZOLE~ 20MG CAP (PRILOSEC) @
TAKE 1 CAPSULE ORALLY ONCE DAILY
- OK IN CELL
START: 09/26/12      STOP: 09/26/13

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-Martinez M   DATE & TIME 9-24-12   INST. SPGT  DNS ☐
# 14701155                          @ 1500

noted
            Septra DS  i tab  BID  X 10 days

Nsg-Protocol ( Dr Gulvaig )  1 D

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-Martinez M   DATE & TIME 9/19/12  2200   INST.   DNS ☐
# 14701155

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

All orders for schedule II and III medication will be automatically stopped in 72 hours.

LAR-MAR-PLT- 127

122

# PHYSICIAN'S ORDERS

NAME: Larios-Martinez,     DATE & TIME     INST.     DNS ☐
# 14201155     Moises

LARIOS-MARTINEZ, MOISES     SID: 14201165
CALCIUM 600MG/VIT D 400IU^- TAB (OSCA) (
TAKE 1 TABLET ORALLY 3 TIMES
DAILY - OK IN CELL
____START: 08/30/12     STOP: 03/20/13

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-Martinez     DATE & TIME     LARIOS-MARTINEZ, MOISES     INST.     DNS ☐
# 14201155     Moises     TRIAMCINOLONEA-ACET. 0.1% (80 GM) CRM     SID: 14201166
LARIOS-MARTINEZ, MOISES          APPLY TOPICALLY TO AFFECTED
RIBAVIRIN^ 200MG TAB () @     SID: 14201165     LARIOS-MARTINEZ, MOISES     SID: 14201165     AREA(S) TWICE DAILY - OK IN CELL
TAKE 3 TABLETS ORALLY BY MOUTH TWICE DAILY     PEGASYS PFS- 180MCG/0.5ML INJ () @     STOP: 03/20/13
STARTING 9/5/12 - CONTROL BY STAFF     180MCG SUBCUTANEOUSLY EVERY WEEK
START: 09/30/12          STARTING 9/5/12 - CONTROL BY STAFF     LARIOS-MARTINEZ, MOISES     SID: 14201166
STOP: 03/20/13     START: 09/30/12     STOP: 03/13/13     CETIRIZINE^-(GEN ZYRTEC) 10MG TAB (ZYR)
          TAKE 1 TABLET ORALLY ONCE DAILY -
          OK IN CELL
          START: 08/30/12     STOP: 03/02/13

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-Martinez     DATE & TIME 8/20/12     O84     INST. TR     DNS ☐
# 14201155     Moises          see below

    4cV  V.  study  9/5/12  CPP  08
5½ bmy  9/10/12  would  170  b4  Tha  124 w/cr  to  3/25/15
    4+Ar  TSH  Chs  Mc
    TSH  wcl  12  24
    On  10/1/12  labs  add  HCV  result

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-Martinez,     DATE & TIME 8/29/12     104     INST. M     DNS ☐
# 14201155     Moises

    CR  tomorrow  Start  MW  T6

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

All orders for schedule II and III medication will be automatically stopped in 72 hours.

**LAR-MAR-PLT- 128**

Declaration of Steven Shelton, M.D.
Attachment 1; Page 23 of 100

123

OREGON DEPARTMENT OF CORRECTIONS

# PHYSICIAN'S ORDERS

NAME: Santos-Martinez, Moises  DATE & TIME 5/27/12  1299  INST. RCI  DNS ☐
# 14201155

Pharmacy for Polypany - DUER

NL for HW Tx (ready Ams signed)

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Santos-Martinez, Moises  DATE & TIME 8-9-12  0600  INST. Saci  DNS ☐
# 14201155

Renew lower bunk x/yr

T. Bealo

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Santos-Martinez, Moises  DATE & TIME  8-2-12  0715  INST. Saci  DNS ☐
# 14201155

Return #2 wks re rash + back 8/4

X 2  L-spine! Lt. sided pain x 9mos 9/3

T. Bird

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Santos-Martinez, Moises  DATE & TIME  8-1-12  INST.  DNS ☐
# 14201155

1.6% Capsaicin cream apply bid prn x/yr

MD re-appt Dr Gulick re start Hep C tx
8/2/12

Re Appt tom owen
8/4/12

ALLERGIES: PCN  T. Bird

SEND DUPLICATE TO PHARMACY

All orders for schedule II and III medication will be automatically stopped in 72 hours.

**LAR-MAR-PLT- 129**

Declaration of Steven Shelton, M.D.
Attachment 1; Page 24 of 100

124

# PHYSICIAN'S ORDERS

NAME: Carlos. Martinez   DATE & TIME 6-13-12   12 15   INST. SRCI   DNS ☐
# 14 20155   maises

               Appt Dr Gulich Hep C treat start
                        T. Brost -7/19/12

ALLERGIES: PCN
SEND DUPLICATE TO PHARMACY

NAME: Carlos-Martinez   DATE & TIME 6-7-12 0645   INST. SRCI   DNS ☐
# 1420155   maises
         d/c Nortrip.

         Naproxyn 500mg bid prn x /yr.
                 T. Busta

ALLERGIES: PCN
SEND DUPLICATE TO PHARMACY

NAME: Carlos-Martinez   DATE & TIME 6-5-12 0930   INST. SRCI   DNS ☐
# 1420155   maises
         TLC re Hep C treatment
             T Busa

ALLERGIES: PCN
SEND DUPLICATE TO PHARMACY

NAME: Carlos-Martinez   DATE & TIME 5/22   INST.   DNS ☐
# 1420155   maises

ALLERGIES: PCN
SEND DUPLICATE TO PHARMACY

All orders for schedule II and III medication will be automatically stopped in 72 hours.

Declaration of Steven Shelton, M.D.
Attachment 1; Page 25 of 100

(16)

OREGON DEPARTMENT OF CORRECTIONS

# PHYSICIAN'S ORDERS

NAME: Larios-Martinez,  DATE & TIME 5/7/12 1200  INST.  DNS ☐
#1420115S  Moises

pre-procedure orders for diver Bx Phillips
npo after M.N. prior to procedure
labs CBS, PT, PTT.
Hold Blood thinners x 2 days
prior to procedure

ALLERGIES: PCN  D Whiteside / R Elliott/Blackestes

SEND DUPLICATE TO PHARMACY

NAME: Larios-Martinez,  DATE & TIME 04/25/12 1505  INST. SRC  DNS ☐
#1420115S  Moises

TLC approved liver bx

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-Martinez,  DATE & TIME 04-19-12 1155  INST. SRC  DNS ☐
#1420115S  Moises

To TLC next week for Hep C Tx

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-Martinez,  DATE & TIME 3-30-12 1930  INST.SYRC  DNS ☐
#1420115S  Moises

Nortriptyline 25 mg HS x 2 weeks, then
50 mg HS x 3 mos.
Return 2 mos. re. shoulder pain of 5
d/c sling

ALLERGIES: PCN  T-Bell

SEND DUPLICATE TO PHARMACY

All orders for schedule II and III medication will be automatically stopped in 72 hours.

LAR-MAR-PLT- 028

/26

OREGON DEPARTMENT OF CORRECTIONS

# PHYSICIAN'S ORDERS

NAME: Larios - Martinez, Moises   DATE & TIME 3-16-12  0930   INST. SRCI   DNS ☐
# 1420115S

   ℞ 3/16/12
        Recheck Vit B6 & Fibrosure
    3/16/12  Consult Dr. E/B  Shoulder pain
                         T. Bust

ALLERGIES: PCN
SEND DUPLICATE TO PHARMACY

NAME: Larios - Martinez, Moises   DATE & TIME 3-2-12  0700   INST. SRCI   DNS ☐
# 1420115S

       ℞ XR  Lt. Shoulder  + chest
  1) Add  Lab  on 3/6:  CRP, RPR, Vit B6, Vit B1

     2) return ~ 2 wks

ALLERGIES: PCN
SEND DUPLICATE TO PHARMACY

NAME: Larios - Martinez, Moises   DATE & TIME 2-25-12   INST.   DNS ☐
# 1420115S

       Fibrosure  blood test
                3/6/12
                T. Bust

ALLERGIES: PCN
SEND DUPLICATE TO PHARMACY

NAME: Larios · Martinez, Moises   DATE & TIME 2-17-12  1345  INST. SRCI   DNS ☑
# 1420115S

       Appt Next Thurs/Frid. AM  for Number

     TLC to Hep C

                T. Bust

ALLERGIES: PCN
SEND DUPLICATE TO PHARMACY

**All orders for schedule II and III medication will be automatically stopped in 72 hours.**

CD 487H (2/0

**LAR-MAR-PLT- 132**

Declaration of Steven Shelton, M.D.
Attachment 1; Page 27 of 100

164

# PHYSICIAN'S ORDERS

NAME: Larios-Martinez, Moises DATE & TIME 2-15-11 1690  INST. SRCI  DNS ☐
# 14201155    CBC & ferritin 1 month? 3/14/11 /2/17/11
X n   lumbar spine - pain x 4 mos. - anemia
FeSO4 325 TPO daily x 6 mos
TAC 0.1% x 1yr
Return ~ 1wk after labs ✓3/24/11 3/24/11

ALLERGIES: PCN                        T. Bust

SEND DUPLICATE TO PHARMACY

NAME: Larios-Martinez, Moises DATE & TIME 1-26-11  6745  INST. SRCI  DNS ☐
# 14201155   + fasting or non-fasting lab: 1701, ESR, TSH, INR,
Ferritin, retic count, B2 + B12 levels

App't 1-2 wks after lab draw to discuss results
Sched 2/15/11 0930
T. Bust

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-Martinez, Moises DATE & TIME 12-23-10 1155 INST. SRCI  DNS ☐
# 14201155           CBC  1 month
T. Bust

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios - Martinez DATE & TIME 11/10/10  1150 INST. SRCI  DNS ☐
# 14201155     , M.

CBC in 6 wks

ALLERGIES:

SEND DUPLICATE TO PHARMACY

All orders for schedule II and III medication will be automatically stopped in 72 hours.

(40)

OREGON DEPARTMENT OF CORRECTIONS

# PHYSICIAN'S ORDERS

NAME: Larios-Martinez, moises    DATE & TIME 10-13-10  1023  INST. SRCI    DNS ☐
#1420155

Hep S Maint. SNR Oct 2011 c̄ fasting 1701 2 whs before

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-martinez, moises    DATE & TIME 10-12-10  Noon  INST. SRCI    DNS ☐
#1420155

To TLC TOMORROW to report liver bx results

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-martinez, moises    DATE & TIME 10/08/10  1600  INST. SRCI    DNS ☐
#1420155

1) D/C Isoniazid — it is causing decreased WBC's, RBC's & platelets.
3) CBC in 4 weeks
2) Notify TB nurse of this

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-martinez, moises    DATE & TIME 9/  0945    INST.    DNS ☐
#1420155
per- cop cultures for liver By.
Npo after M.N. prior to Procedure
CBC, PT, PTT, INR
Hold Blood Thinners x 3 days prior
to procedure
D/w/cor Dp / Dr Elliott / Blakeslee

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

All orders for schedule II and III medication will be automatically stopped in 72 hours.

LAR-MAR-PLT- 052

Declaration of Steven Shelton, M.D.
Attachment 1; Page 29 of 100

(49)

# PHYSICIAN'S ORDERS

NAME: LARIOS-MARTINEZ     DATE & TIME 08/30/10  1210     INST. SRCI     DNS ☐
#1420155     MOISES

ANA blood test q/8/10/800

ALLERGIES: PCN
SEND DUPLICATE TO PHARMACY

NAME: LARIOS-MARTINEZ     DATE & TIME 8/24/10  1350     INST. SRCE     DNS ☐
#14201155     moises

701 q mtz, until TBx complete
per protocol / Dr Buioff / Rosenfield Re

ALLERGIES: PCN
SEND DUPLICATE TO PHARMACY

NAME: LARIOS-MARTINEZ     DATE & TIME 08/11/10  1555     INST. SRCI     DNS ☐
#1420155     moises

TLC approves liver bx

ALLERGIES: PCN
SEND DUPLICATE TO PHARMACY

NAME: LARIOS-MARTINEZ     DATE & TIME 08/05/10  1055     INST. SRCI     DNS ☐
#1420155     moises

To TLC for liver biopsy next Wed

ALLERGIES: PCN
SEND DUPLICATE TO PHARMACY

All orders for schedule II and III medication will be automatically stopped in 72 hours.

Declaration of Steven Shelton, M.D.
Attachment 1; Page 30 of 100

/ 74

# PHYSICIAN'S ORDERS

NAME: Larios - Martinez, Moises  DATE & TIME  07/12/10  1205  INST. SRG  DNS ☐
# 1420155

① appt SNR Hep C eval c̄ report Hep C genotype, HIV, ANA,
    INR, TSH, HgbA1c 2 wks before

②

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-Martinez, Moises  DATE & TIME  7/9/10  1540  INST. SRC/  DNS ☐
# 1420155

Per protocol
Facial X-ray at nose & forehead.
Dr. Elliott - Blakeslee / A.Ruch. RN
mailed Aruch RN 7/9/10 1540

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: Larios-Martinez,  DATE & TIME  7/2/10  0900  INST. SRC/  DNS ☐
# 1420 1165  Moises

Do Twenty Series

Protocol / Dr. Culick / Uttamsen RN

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

NAME: LARLOS-MARTINEZ, MOISES  DATE & TIME 6/29/10  1435  INST. SRC(  DNS ☐
# 1420155

Noted 6/29/10  Per Protocol
① Salt rinses to nose     2. Ibuprofen 2 TABS QID
② Hot compresses to nose
        Dr E-Blakeslee / H. Jamieson RN

ALLERGIES: NKDA PCN

SEND DUPLICATE TO PHARMACY

All orders for schedule II and III medication will be automatically stopped in 72 hours.

Declaration of Steven Shelton, M.D.
Attachment 1; Page 31 of 100

/ 93

OREGON DEPARTMENT OF CORRECTIONS

# PHYSICIAN'S ORDERS

NAME: Larios, Martinez, DATE & TIME 06-22-10 Noon INST. SRG DNS ☐
# 14201155          Moises

Hep A, B, + C blood screens 6/24/10

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

---

NAME: Larios-Martinez, DATE & TIME 6/1/10 1100 INST. SECE DNS ☐
# 1420155          Moises

HIV testing already completed
INH 900mg po q 2 x wk          x 52 doses
Vit B₆ 50mg po q 2 x wk
Per protocol / D. Elliott / K. Rosenfield R

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

---

NAME: Larios-Martinez, DATE & TIME DS 9/10 1110 INST. SRG DNS ☐
# 14201155          Moises

CBC in one month (mid June).
6/21/10

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

---

NAME: Larios-Martinez, DATE & TIME 5/11/10 23 00 INST. SRCT DNS ☐
# 1420155          Moises

1) HIV bloodwork   5/13/10
2) Chest X-ray   5/13/10  + 20PPD
3) 1701   5/13/10
TB Protocol  Dr. Elliott - Blahody / D. Hassell

ALLERGIES: PCN

SEND DUPLICATE TO PHARMACY

**All orders for schedule II and III medication will be automatically stopped in 72 hours.**
CD 497H (2/95

LAR-MAR-PLT- 199

Declaration of Steven Shelton, M.D.
Attachment 1; Page 32 of 100

Oregon Department of Corrections

# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 2/11/13 | 1415 | call | Interpath Called c Critical Value Platelet 44. Dr. E-B notified. |
| 2/18/13 | 0800 | Lab | Blood for Labs drawn from DAC on 1st attempt |
| | SRC-8376 Lt | | |
| | NAME | | |
| 2/14/1 | | CR | P/t 47. Stable + ↓ 90mg 2/13 |
| 2/25/13 | 0905 | Lab | Blood for lab drawn from DAC 1st attempt |
| | | | |
| NAME | | | |

Allergy _____ PCN _____

LARIOS-MARTINEZ, MOISES
14201155

95H (12-0

Declaration of Steven Shelton, M.D.
Attachment 1; Page 33 of 100

63

Oregon Department of Corrections

# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|--|
| | | | SRC-8378 |
| 2-24-12 | 0700 | | Labs drawn (P) AC is issue — EKJubal |
| | | | NAME |
| -11-13 | 0825 | CM | S: Pt wants some meds refilled |
| | | | O: Out 1 bismuth & vaseline. |
| | | | A: " " " " " " |
| | | | P: Reorder both — f/u Dr Gulick Jan 23 Dep@c |
| | | | labs before |
| 1/8/13 | SRC-1500 | | Sub draw (P) RN 1st Att — Nurse |
| | 2/4/63 | | |
| | NAME | | TU called. Platelet count 45. Dr |
| 1/18/13 | 1630 | | Gulick notified. To Redcas Monday. |
| | | | Orders noted. Nurse |
| | | | SRC-8588 701, ISH, Platelet count. @ AC X |
| | | | attempt 2 Lav. 1set 14cll. Nurse |
| | | | NAME |
| 1/d/13 | 0800 | Lab | Blood for labs drawn from (2) AC on 1st |
| SRC-1838 | | | attempt. B 2nd |
| | NAME | | |
| 1/13 | 1400 | | Rec'd phone call from Interpost lab |
| | | | to report Critical lab value verbally |
| | | | Platelet count = 45. Informed Dr Coules |
| | | | who asked that the lab run a manual |
| | | | Platelet count. Will fax results to SR CI |
| | | | Nurse |
| 1/11/13 | 0950 | lab | Blood for labs drawn from (P) AC on 1st |
| SRC-9554 | | | attempt |
| | NAME | | |
| Clergy | PCN | | |

LARIOS-MARTINEZ, MOISES
14201155

CORR...1 (12-07)

/ 27

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 10-1-12 | 0900 | LVP | LABS F/20L HCV RNA Quant brown L+Ac |
| | | | on 2nd Attempt SRC-8595 — T. Crozer |
| 10-5-12 | In | 1235 | THS + Nurse care NAME NOW clean |
| | 10871 | 957 | |
| | non | | f/u is c Dr. Gulick re. Hep C |
| | | | T. Bush |
| 10/9/12 | 1520 | 201 | 5) Pt here to recheck bilat ears. O) Ax on3. Bilat |
| | | | ears w/in Normal limits. No Infection |
| | | | noted. A) Health maintenance. P) No txmt. ssgr |
| | | | H) f/u 5 p.c. prn. |
| 10/9/12 | 1215 | CM | Pt. was explained about his new med. bocepivir. |
| | | | He was told the medline times + place. Half He |
| | | | understood the Instructions + had no questions. |
| | | | T. Aulan |
| 10/10/12 | 1030 | CM | soaxed/ trimmed toenails — J. Williamson RN |
| 10/29/12 | 1000 | | Lab draw (B)AC 1st Att — Allece |
| | | | SRC-8380 |
| | | NAME | SRC-9066 |
| 1-7-12 | 0820 | LMB | HCV RNA Quant, 1 SST 3 AC x 1attempt |
| | | | NAME SRC-8591 Lab draw (2) AC 1st Att — Nava |
| | | NAME | |
| 11/30/12 | 1450 | HUCI | No show for scheduled s/c — |
| 12-10-12 | 0710 | LAB | SRC-468 CBC 1 LAV (1) AC x 1 attempt |
| 2-12-12 | 1030 | LAB | SRC-1142 A tolerated well, |
| | | | 1701 1 LAV, 1SST (L)AC x 1 attempt |
| | | | LAOS NAME |
| 12/20/12 | | | Adlib VS c Dr / Branch / Flory c al lby |
| | | | PM + Branch / Julayour LARIOS-MARTINEZ, MOISES |
| | | | 14201155 |

Allergy PCN

CD 4954 (12-0

Declaration of Steven Shelton, M.D.
Attachment 1; Page 35 of 100

80

Oregon Department of Corrections
# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|--|
| 6/5/12 | 0900 | CM | T. Bristol MD  f/u shoulder pain — |
| | 119/75 | | Shoulder not discussed — lives by ⇒ |
| | 17 | 2nd | stg 3 hep C. He understands that there are |
| | | | sig. risks to treatment such as depression, achy + |
| | | | feeling ill, but that not treating would |
| | | | likely result in cirrhosis + death from liver |
| | | | failure. |
| | | | To TLU u    tx    T. Bris |
| 6-7-12 | 0630 | CM | Dr. Bristol - F/u |
| | 170 | | S.  Seen ē interpreter for chronic Lt. shoulder |
| | | | pain because it isn't improving. He has |
| | | | been doing exercises as rec. |
| | | | O.  Rom mildly reduced all directions + mildly |
| | | | uncomfortable. |
| | | | mild weakness + mild atrophy — not handed |
| | | | X-ray ⇒ mild degen changes |
| | | | A -  OA Lt shoulder |
| | | | P -  tried Naproxen |
| | | | T. Bris |
| 6/13/12 | 1615 | | [illegible]  hep C  tx |
| | | | Approved   T. Py |
| 7/19/12 | | CM | Dr. Gulick — SNR - HCV eval, Start tx — |

Allergy  PCN

LARIOS-MARTINEZ, MOISES
14201155

CD 495H (12-07)

Oregon Department of Corrections
## INFIRMARY PROGRESS NOTES

| DATE | TIME | CATEGORY | |
|------|------|----------|---|
| 9/30/12 | 1055 | CM | liver bx complete H/falls |
| 9/30/12 | 1100 | IM | pt returned from Bx doing well |
| 11/4/60 | 9% 987 | 89° | DS/S of Bleeding pt Denies any pain |
| | | | Nicholsen |
| | 1115 | | pt doing well Denies any problems D/S/S of Bleeding |
| | 1130 78° | IM | pt doing, con't to be on R-side Denies any pain — D/S/S of Bleeding |
| | | 103/68 96% | Nicholsen |
| | 1145 104 | 82P | pt con't on R-side Doing well Denies any problems — D/S/S of Bleeding |
| | | 58 96% | Nicholsen |
| | 1200 100/60 | 8°T 95-9° 78° | pt doing well — pt Denies any problems — D/S/S of Bleeding well, got up to eat Nicholsen |
| | 1300 105/65 | 81P | pt doing well — D/S/S of Bleeding pt ate w/o problems — well Get out of Bed Nicholsen |
| | | 9 S% | |
| | 1350 | | pt doing well. pt want was up for the Release G. GP Nicholsen |

Allergy_____

LARIOS-MARTINEZ, MOISES
14201155

Categories: INFM, INFH, INFO, INFC, INFL

Page 1 of 1

Ⓑ 1

OREGON DEPARTMENT OF CORRECTIONS HEALTH SERVICES
## Nurse Infirmary Admission Note

Diagnosis/Chief Complaint/Reason for Admit: _NPO for procedure_

Provider: _____ ALLERGIES: _____

Assessment: ____ Daily ____ BID ____ Q Shift   Other_____

Admit Vital Signs: $97.4$ T  $95$ P  $16$ R  $\frac{124}{98}$ BP  $97\%$ O2 Sat ____
Weight ____ Neuro checks q _____

Initial Admission Note – *To Include Reason for Admission and Assessment* (To be
completed within 2 hours of admission): _NPO instructions given_

_____

_____

_____

_____

_____

☐ Continued on Back

|  | Date | Initials |
|---|---|---|
| Noted Physician Orders |  |  |
| Flow sheet filed in chart |  |  |
| Completed Patient Assessment (SOAP) |  |  |
| Procured Medications/MAR |  |  |
| Updated Care Plan / Board |  |  |
| Infirmary Admit Computer Procedure |  |  |

PREP ADMIT (if applicable)  ☐ Yes     ☐ No

Procedure:_____

Patient given Prep Instructions: _____    _____
                                    Date/Time         Initials

Food Services Notified:          _____    _____
                                    Date/Time         Initials

Nurse Signature: _____ RN   Date/Time: 5-29-12  2330

LARIOS-MARTINEZ, MOISES
14201155
████████

Page 1 of 2

Declaration of Steven Shelton, M.D.
Attachment 1; Page 38 of 100

96

# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 4/25/12 | | | TLC Comm. Re: Hep C treatment 2nd liver bx /ct |
| 5/7/12 | 1200 | CM | pre-op values received & noted for pending appt. for liver Bx. D Whitest |
| 5.18.12 | | CM | Dr. Bristol: Given bx h+p Dr must see to do SBulr SRC-5240 xxx Lab draw |
| 5/22/12 | NAME CM | | Dr Bristol F/u (L) shoulder pain Shoulder no better - still hurts mainly 2f. Shoulder & upper arm. |
| | | | O. atraumt ROM: reaches smate of back Ext rotation same as R but worse Abduction - just past 70° - worse flexn forward ~ 150° - worse |
| | | | A. Enigmatic benign shoulder pain P. pendulum, gentle ROM as tol + wall walking tid/qid daily Reth 2 wks. T.B. |
| 5/23/12 | 1800 | CM | pt advised of in home, lives Bx: Cleared to hold blood thinning ASA, asbril, ellop etc until after pending appt. Pt education Done. Verbalizes understanding of pending appt. D Whitest Med Nts - Bur w/in 1hr by Sam 5 crid Spun to pck - pt t recog in pod ordt |

Allergy PCN

LARIOS-MARTINEZ, MOISES
14201155

CD 495H (12-07

98

## Progress Notes

| DATE | TIME | PROB.# | |
|---|---|---|---|
| 3/26/12 | | SRC-4302 1000 | Vit Be drawn as ordered ___ MM |
| | | LARIOS | |
| | | RN RN/Hnce | |
| 3/28/12 | 1515 | TLC | Comm re: hemotology consult — Approved. T Beck |
| 3-30-12 | | RN | Dr. Borstel: Kote in Spanish will need interpreter |
| 3-30-12 | 0840 | cm | Dr. Elliott-Blakeslee: Consult / Shoulder pain — |

S: Whole upper @ arm + upper back, upper shoulder, hurt. @ arm / hand "asi asleep." Started 45 d ago. Thinks his shoulder is inflamed. Doesn't know what caused it. Says he was in a accident 4-5 years ago + injured his spine, so that his @ leg is painful in PT.

O: PT has full ROM @ shoulder, elbow, wrist, + fingers. Muscle bulk on @ = to that on @. @ handed. N/l strength for shoulder shrug, resisted movement @ shoulder ( flex / ext ), elbow, wrists. Grip strength prob n/l on @ also ( no atrophy in muscles in hands ) but pt refuses to give @ hand his best effort. Reflexes 2+ = bil for radials, biceps, triceps. @/o pain no matter where I touch him on @ upper home torso + arm / hand. None m/@ C/o + vibration sense in C6, C7, C8, T1 + C5 nerve distributions in @ UE.

A: Pain doubtfully caused by nerve prob. His muscles on @ upper half are SCC

LARIOS-MARTINEZ, MOISES D.
14201155

P: I suggest taking his
Allergy ___ PCN ___ sling away + tell him if he
has one, it make him
exercise.

Could try NSAID, tylenol, ASA, tricyclic

CD 495H (12-07)

Declaration of Steven Shelton, M.D.
Attachment 1; Page 40 of 100

Oregon Department of Corrections
# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 3-1-12 | 0935 | cm Lab | SRC-4037 Lab draw done (Fibrosure Blood test) |
| | | | Lorios S- NAME Rt AC 1st attempt ___ (signature) |
| 3-8-12 | 1510 | cm AV | Lt Shoulder + chest x-ray taken ___ |
| 3-9-12 | 0615 | CM | No obvious abn, but poor inspiration, T.Bristol |
| 3-14-12 | 0255 | cm Lab | SRC-4074 Lab draw done (Blo, BB, RPB, CRP) |
| | | | NAME Rt AC 1st attempt ___ (signature) |
| 3-16-12 | 0630 | 8H | Dr. Bristol: F/U Shoulder inj. pn. ___ |
| | | | Lt. Fore quarter pain con't nues unabated |
| | | | (No interpreter) |
| | | | O - arrives in a sling. Demonstrates pain c̄ |
| | | | almost any shoulder movement. |
| | | | Global Weakness entire LUE - all groups |
| | | | Pinprick + Vibratory globally lights entire |
| | | | Lt. Fore quarter but not to midline |



front
Lt.   Lt.   Back

| | | | |
|------|------|--------|---|
| | | | A - Non-anatomical |
| 3-21-12 | | CM | T. Bristol MD Ble only |
| | | | Labs reviewed c̄ Dr. Bubeh. Slowly falling |
| | | | plts 129,000 → 95,000 Since May 2010 (our 1st CBC) |
| | | | + Not explained by Hep C since fibrosure only |
| | | | 5t5 1-2 which agrees c̄ a 2010 Liver biopsy. Smear Ø: |
| | | | Hematology consult suggested. TO TLC. |
| | | | T. Brt |

Allergy ___ NKN.

LARIOS-MARTINEZ, MOISES D.
14201155

Declaration of Steven Shelton, M.D.
Attachment 1; Page 41 of 100

Oregon Department of Corrections
# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 2-24-12 | 1500 | CM | S - Bristol - Numbness |

S. No interpreter, He feels no better + probably
worse, He continues to c/o pain + numbness
entire Lt. forequarter + esp the upper arm. He
now has LLE intermittent numbness x 3 days.
No prior history, He does not recall if onset
was during the day or if was present on awaking

O. Appears anxious + guards his LUE.
Gait is N.
Pinprick not sharp Lt. side of head, shoulder, LUE +
LLE dividing right at the midline.
pulses + color equal.
LUE/LLE intact but c̄ sausedly LUE.
DTR's equal knees + ankles but upper extrem
are poorly elicited bilat.
Face is symmetrical + eyes conjugate

Labs: note slowly declining platelets, mildly P.LFTs

A - Non-ρ physiologic numbness progressive
Hgb c̄ declining platelets, ? related.
P - discuss at TLC
                              T. Beste

| 2-27-12 | 0900 | CM | Scheduled + Trimmed hr nails - |
| 2-29-12 | 1400 | CM | TLC Comm Re: Re by early ? /pass limits |
| | | | A hrs sub for now |
|  | | | T. Brust |

Allergy PCN

LARIOS-MARTINEZ, MOISES D.
14201155

H (12-07)

## OREGON DEPARTMENT OF CORRECTIONS HEALTH SERVICES
### Nurse Infirmary Admission Note

Diagnosis/Chief Complaint/Reason for Admit: _liver bx_

Provider: _Dr Elliott-Blakslee_  ALLERGIES: _PCN_

Assessment: ____ Daily ____ BID ____ Q Shift  Other_____

Admit Vital Signs: _97.3_ T  _74_ P  _14_ R  _14/86_ BP  _976_ O2 Sat _RA_
Weight _____  Neuro checks q _____  x _____

Initial Admission Note – To Include Reason for Admission and Assessment (To be completed within 2 hours of admission): _A&Ox3 - afebrile given NPO instructions & no use of phone. - pt verbalized understanding. - S Campbell_

_10/8/10  Transport to appt. C.0638 _____ SDill RN_

☐ Continued on Back

|                                          | Date       | Initials |
|------------------------------------------|------------|----------|
| Noted Physician Orders                   |            |          |
| Flow sheet filed in chart                | 10-4-10    | S        |
| Completed Patient Assessment (SOAP)      | 10-4-10    | S        |
| Procured Medications/MAR                 | +          |          |
| Updated Care Plan / Board                | 10-4-10    | S        |
| Infirmary Admit Computer Procedure       | 10-4-10    | S        |

**PREP ADMIT (if applicable)** ☑ Yes   ☐ No

Procedure: _liver bx_

Patient given Prep Instructions: _10-4-10_     _S_
                                  Date/Time    Initials

Food Services Notified: _____     _____
                         Date/Time      Initials

Nurse Signature: _S Campbell RN_     Date/Time: _2315  10/8/10_

LARIOS-MARTINEZ, MOISES
SID#14201155
DOB: ███

LAR-MAR-PLT- 197

Declaration of Steven Shelton, M.D.
Attachment 1; Page 43 of 100

(43)

Oregon Department of Corrections

# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 1/25/10 | 1000 1594 | Ch— | TB med monitoring complete. Ptr c/o N/V ✓ appetite d/t N/v ↑ ✓ energy — also has (L) sided "kidney" area pain. Emesis ↑ – will put pt in for a CR to see about antiemetic med for nausea/vtg? Opt's wt has been between 161# to 155#. Today 159#. Skin brown, when dry — sclera is white. LABS already said — next one is 9/27/10. Will monitor mthly ———— E.Coolfield R'. |
| 5/2/10 | 0820 | CM | SRC-0300: 1201 PT-PPD drawn series (RTAC) 1st attempt KPRt |
| 9/1/10 | 1000 | SM | pt advised gen shit. to hold ASA, advil, ibup etc until after pending appt. Verbalizes understanding of instructs. Discontinue other meds. — D.Wilcox go— |
| 10/5/10 | 1215 | CM | Returned from OOF appt liver bx. No new orders received. Per Dr. Gulick may leave for general population housing ———— VK— |
| 10-13-10 | — | [illegible] | GULICK RE: liver BX recoccmOts: No medical Tx indicated @ this time. Eligible for re-bx in 4 to 5 years [illegible] |

Allergy ___PCN___

LARIOS-MARTINEZ, MOISES
SID#14201155
DOB:

CD 4951 (12-0

LAR-MAR-PLT- 055

Declaration of Steven Shelton, M.D.
Attachment 1; Page 44 of 100

Oregon Department of Corrections

# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 1/13/10 | | CM | Freq X-rays taken — KRRt Nsol tx - ? orbital /brify on ?? Xray read by Dr Gambino @ HR → no evidence of orbital fx |
| 1/23/10 | 0710 | CM | SRC-8745 Labs drawn (RFAE) 1st attempt — KRRt |
| 1/26/10 wt: 160 | 0925 | CM | TB med monitoring completed. Will continue to monitoring monthly. — A. Hughes, RN |
| 8/5/10 | | CM | J. Elliott-Blakeslee MD: SMR: HCVCVL See Nap CSNR |
| 8/6/10 | | cm | J. Elliott-Blakeslee MD: SMR; HCVCVL Cancelled - done 8/5/10, RHET |
| 8-11-10 | | | TLC Comm. Re: Liver Bx: TLC approves liver bx |
| 8/24/10 | 1300 1554 | CM | TB med monitoring completed. Pt c/o N/V + appetite & feeling tired - throo interpreter- Nurse (a.hiver de discussed c Dr Elliott pt to have 1701 - g nt until tx complete. Will f/u end of 2 th Dr Elliott discussed concern c pt + Spansh - KLarios/H |
| 8/27/10 | 0930 | RM | SRC-8299 1701 drawn (RFAE) 1st attempt — RRRt |
| 9/1/10 | 0915 | cm | pre-op orders received & filed for pending liver Bx. — S. wiles, RN |
| 9/8/10 | 0815 | CM | SRC-77 ANA drawn (RFAE) 1st attempt — KRRt |

LARIOS-MARTINEZ, MOISES
SID#14201155
DOB ▮▮▮▮

Allergy PCN

Declaration of Steven Shelton, M.D.
Attachment 1; Page 45 of 100

Oregon Department of Corrections
## Progress Notes

| DATE | TIME | PROB.# | |
|---|---|---|---|
| 6/24/10 | 1430 | (cont) | 1) Nares red, swollen ⊖ s/sx of infection. Pt states has blood nose. Wound in nose is clean, edges well approximated |
| | | | A) Alt in comfort |
| | | | P) Advised pt blow one nostril at a time ② Per protocol use salt water nasal rinse ③ Take tylenol or IBU per protocol ④ Hot packs to nose 3-4x/day x 7days ⑤ RTC if AP persist _____ |
| 7/2/10 | 0900 | Vacc | Tuesday series starter p̄ Hep A/B VIS info reviewed + issued. consent signed. Uknisen RN |
| | | | DATE: 7-2-10 |
| | | | TWINRIX# 1 |
| | | | GIVEN IN LEFT DELTOID ARM. |
| | | | BY: Uhansen R |
| 7/9/10 | 1030 | On— | TB med monitoring complete ⊝. None Landavende retrospe. Pt denies all side effects. Win flu end of mth for monitoring Klosenfields |
| | 160* | | |
| 7/9/10 | 1410 | S/C Hues | 1) Pt speaks hardly any English. CO Martin as interpreter. S). Pt was hit on the nose c̄ soft ball about 15 days. since then still has blood when he blow his nose once or twice a day. Pain in nose of [the] bridge and and @ center of lower forehead. Pt takes Ibuprofen and it helps. Pt says doesn't see well, being fuzzy since he got hit. |
| | | | O). Scar on bridge well healed. PERL. Denies eye p. Snelling exam. near. Both 20/25. (R) 20/30 (L) 20/30 Far. Both 20/15 (R) 20/13 (L) 20/15. |
| | | | A) alteration in comfort & potential vision. |
| | | | P). Schedule facial X-ray for nose. forehead. Cont. Ibuprofen A. Rucila R LARIOS-MARTINEZ, MOISES |

Allergy ____ P C N

SID#14201155
DOB:

Declaration of Steven Shelton, M.D.
Attachment 1; Page 46 of 100

53)

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 5/13/10 | 1940 | cm | Kitchen cleaning paperwork ided need to be faxed at 5/15/10. Discussion |
| /4/10 | 1040 | G | Discussed ō pt need for TB tx ē CD Ramazor (interpret. |
| | 1/6 1st | | Discussed more — their side effects, when/where to get medication ↓ how many doses needed to complete tx. Pt verbalized understanding ↓ agreement ē Plx. Order written — ↓ MAR ↓ SNR created — / HIV already rec'd noter written on face/fam sheet ↓for sends. with flu mttg ↓ K Krov field M. |
| 5/21/10 | 0900 | CM | SRC-7214 CBC drawn (RtAC) 1st attempt — KR BL |
| 5/4/10 | 0840 | CM | SRC-8130 Hep ABC drawn (RtAC) 1st attempt — KR BL |
| 5/25/10 | 1600 | UNSC | S) I'm hurt sore during sports hit in head ē soccer ball. Spanish speaking can speak some English. Pr reports no pain. O) 2 cm laceration @ T bridge of nose. Scant bleed; superficial @ .16 cm depth. NS cleanse. A) alt in skin integrity. P) NS cleanse, steri-strip x1, banda to cover. Schedule for Clinic to check wound 6/22. I'm teaching to not get wet. |
| 6/29/10 | 1430 | SC | Pt seen on flu ā interpreter. S) c/o HA and blood when blowing nose (cont) |

Allergy  NKDA

LARIOS-MARTINEZ, MOISES
SID#14201155
DOB: ▮▮▮▮

CD 495H (5-96)

LAR-MAR-PLT- 065

Declaration of Steven Shelton, M.D.
Attachment 1; Page 47 of 100

Oregon Department of Corrections

# Progress Notes

| DATE | TIME | PROB.# | |
|------|------|--------|---|
| 4/20/10 | 0920 | S: | Seen for intake H&P |
| | | O: | Seeing MD pm |
| | | A: | Healthy? |
| | | P: | Flu vaccine at facility |

**Coffee Creek Intake Transfer Out Chart Review**

Transfer Date 5/11/10 Transferring to SRCI 1. State of general health Stable

2. Date of last PPD 1/12/10 Results 20mm wash & Green sheet in health care record Yes
   b. Date chest x-ray completed if positive 1/27/10 c. Chest x-ray results WNL washed
3. Date intake physical completed 4/20/10 4. Date dental intake completed 5/6/10
5. List any Special Needs/ Chronic Disease Positive PPD
   a. DOC 400 shows inmate special needs of Yes
   b. Twin Rix Vaccine series started; date of last vaccine None Number in series_____ Refusal_____
6. List any disability or special equipment needs None
   Equipment being sent with the inmate None
7. List any medications the inmate is receiving None
   a. MAR pulled None b. Medications and overflow medications pulled_____
   c. List any KOP meds None
8. List pending medical appointments None 9. Is the inmate on the BHS caseload No
10. Health status updated ✓
11. Real chart being sent Yes Overflow, number sent -0- a. X-rays sent 0
    RN Signature [signature] Date/Time 5/10/10 1350

Date 5/11/10 Time 2020 Received from CCCF
Received at: SRCI. Access to Dental and Medical explained. PPD current Y/N, Date of last PPD 1/4/10 Refused coded
Cleared for Food Service Y/N scheduled Pending Appt. Y/N
On Meds Y/N Sent Y/N Mental Health Referral Y/N
SN Y/N [signature] Signature [signature]

| 5/11/10 | 2345 | cm | 1701/HIV ordered, cirray results to be obtained buy Deam if possible. Another ordered if not. O dless _____ |
| 5/13/10 | 0850 | CM | SRC-6802 1701 HCV desorders (R+Ac) 1st attempt |

Allergy PCN

LAURIOS-MARTINEZ, MOISES
14201155

CD 495H (5-96)

LAR-MAR-PLT- 043

Declaration of Steven Shelton, M.D.
Attachment 1; Page 48 of 100


**INTERPATH**
LABORATORY

Client: SNAKE RIVER CORRECTIONS

| | Mountain Time | |
|---|---|---|
| LARIOS-MARTINEZ, MOIS Acc: 12-20599 | Coll: 12/10/2012 | 07:10 |
| DOB:      49y M Req: SRC-468 | Recd: 12/10/2012 | 14:05 |
| Dr: GULICK, GARTH   ID : 14201155 | Rept: 12/11/2012 | 06:00 |
| Mailstop: FAX   SSN: | Hrs Fast: N/G | |

| | Mountain Time | |
|---|---|---|
| LARIOS-MARTINEZ, MOIS Acc: 12-20599 | Coll: 12/10/2012 | 07:10 |
| DOB:      49y M Req: SRC-468 | Recd: 12/10/2012 | 14:05 |
| Dr: GULICK, GARTH   ID : 14201155 | Rept: 12/11/2012 | 06:00 |
| Mailstop: FAX   SSN: | Hrs Fast: N/G | |

| Test | Value | Reference Range | Units | LC |
|---|---|---|---|---|
| CBC | | | | |
| WBC | 1.7 L | 4.5-11.0 | K/ul | BW |
| RBC | 3.12 L | 4.3-5.7 | M/ul | BW |
| HEMOGLOBIN | 10.3 L | 13.5-18.0 | g/dl | BW |
| HEMATOCRIT | 31.2 L | 41-50 | % | BW |
| MCV | 99.9 H | 81-99 | fl | BW |
| RDW | 18.2 H | 10.5-15.0 | % | BW |
| MCH | 33 | 27-33 | pg | BW |
| MCHC | 33 | 30-36 | % | BW |
| | | | | |
| PLATELET COUNT | 56 L | 140-440 | K/ul | BW |
| | | | | |
| NEUTROPHILS | 40.4 | 39-80 | % | BW |
| LYMPHOCYTES | 51.1 H | 24-44 | % | BW |
| MONOCYTES | 7.1 | 0-12 | % | BW |
| EOSINOPHILS | 0.5 | 0-6 | % | BW |
| BASOPHILS | 0.9 | 0-2 | % | BW |

VERIFIED BY REPEAT ANALYSIS. LEM
Smear review has confirmed the above stated values. LEM
PLATELET SLIDE ESTIMATE AGREES WITH COUNT. LEM
Abnormal RBC population suspected. Slide review to follow.

TECHNICAL SLIDE    SEE COMMENT               AA
RBC MORPHOLOGY: Moderate Anisocytosis( Macrocytes), Slight
Hypochromasia, Slight Poikilocytosis(Ovalocytes. Teardrop
Cells. Schistocytes, Target Cells. Echinocytes).RD
Smear review shows few large platelets.RD

AML ~LSU

THIS IS A COMPLETED REPORT

LARIOS-MARTINEZ, MOIS    Coll: 12/10/2012    Rept: 12/11/2012


**INTERPATH LABORATORY**

Client: SNAKE RIVER CORRECTIONS

| | | Mountain Time | | | |
|---|---|---|---|---|---|
| LARIOS-MARTINEZ, MOIS Acc: 11-53727 | | Coll: 11/26/2012 | 06:30 | | |
| DOB: | 49y M Req: SRC-8591 | Recd: 11/26/2012 | 12:41 | | |
| Dr: GULICK, GARTH | ID : 14201155 | Rept: 11/30/2012 | 13:01 | | |
| Mailstop: FAX | SSN: | Hrs Fast: N/G | | | |

| | | Mountain Time | | | |
|---|---|---|---|---|---|
| LARIOS-MARTINEZ, MOIS Acc: 11-53727 | | Coll: 11/26/2012 | 06:30 | | |
| DOB: | 49y M Req: SRC-8591 | Recd: 11/26/2012 | 12:41 | | |
| Dr: GULICK, GARTH | ID : 14201155 | Rept: 11/30/2012 | 13:01 | | |
| Mailstop: FAX | SSN: | Hrs Fast: N/G | | | |

| Test | Value | Reference Range | Units | LC |
|---|---|---|---|---|
| **CHEM PLUS + CBC** | | | | |
| **CHEM PLUS** | | | | |
| GLUCOSE | 95 | 70-100 | mg/dL | BW |
| PHOSPHORUS, INORG | 2.7 | 2.5-5.0 | mg/dL | BW |
| URIC ACID | 4.1 L | 4.4-7.6 | mg/dL | BW |
| BILIRUBIN, TOTAL | 0.6 | 0.0-1.2 | mg/dL | BW |
| CALCIUM | 8.4 | 8.4-10.2 | mg/dL | BW |
| MAGNESIUM | 2.2 | 1.7-2.5 | mg/dL | BW |
| SODIUM | 140 | 132-143 | meq/L | BW |
| POTASSIUM | 4.1 | 3.6-5.1 | meq/L | BW |
| CHLORIDE | 111 | 95-112 | meq/L | BW |
| CARBON DIOXIDE | 24 | 19-31 | meq/L | BW |
| UREA NITROGEN | 14 | 6-23 | mg/dL | BW |
| CREATININE, SERUM | 0.91 | 0.50-1.50 | mg/dL | BW |
| GFR ESTIMATION | >60 | | ml/min | BW |
| BUN/CREAT.RATIO | 15.4 | 6.0-28.6 | | BW |
| PROTEIN | 6.6 | 6.0-8.0 | g/dl | BW |
| ALBUMIN | 4.1 | 3.5-5.0 | g/dl | BW |
| GLOBULIN | 2.5 | 1.8-3.5 | g/dl | BW |
| A/G RATIO | 1.6 | 1.1-2.4 | | BW |
| GGT | 35 | 5-60 | U/L | BW |
| ALKALINE PHOS | 80 | 30-128 | U/L | BW |
| AST(SGOT) | 27 | 0-40 | U/L | BW |
| ALT(SGPT) | 23 | 0-46 | U/L | BW |
| LD | 209 | 100-215 | U/L | BW |
| CHOLESTEROL | 154 | OPT: <200 | mg/dL | BW |
| TRIGLYCERIDES | 150 | 30-150 | mg/dL | BW |
| HDL | 51.9 | OPT: >40 | mg/dL | BW |
| LDL | 72 | OPT: <100 | mg/dL | BW |
| VLDL | 30 | 4-40 | mg/dL | BW |
| IRON | 233 H | 37-160 | ug/dL | BW |
| TIBC | 329 | 245-400 | ug/dL | AA |
| % SATURATION | 70.8 H | 20-55 | % | AA |

| Test | Value | Reference Range | Units | LC |
|---|---|---|---|---|
| **CBC** | | | | |
| WBC | 1.3 L | 4.5-11.0 | K/ul | BW |
| RBC | 3.57 L | 4.3-5.7 | M/ul | BW |
| HEMOGLOBIN | 11.7 L | 13.5-18.0 | g/dl | BW |
| HEMATOCRIT | 35.2 L | 41-50 | % | BW |
| MCV | 98.8 | 81-99. | fl | BW |
| RDW | 18.9 H | 10.5-15.0 | % | BW |
| MCH | 33 | 27-33 | pg | BW |
| MCHC | 33 | 30-36 | % | BW |
| PLATELET COUNT | 59 L | 140-440 | K/ul | BW |
| NEUTROPHILS | 29.5 L | 39-80 | % | BN |
| LYMPHOCYTES | 60.3 H | 24-44 | % | BN |
| MONOCYTES | 9.1 | 0-12 | % | BN |
| EOSINOPHILS | 0.7 | 0-6 | % | BN |
| BASOPHILS | 0.4 | 0-2 | % | BN |

VERIFIED BY REPEAT ANALYSIS. Smear review has confirmed the
above stated values. JMNEI
MANUAL PLATELET ESTIMATE IS 70,000. NO CLUMPING SEEN. FEW GIANT
PLATELETS. JMNEI

| TSH, 3rd GEN. | 3.72 | 0.270-4.20 | uIU/ml | AA |
|---|---|---|---|---|

HCV RNA QUANT by PCR
| HCV | NOT DETECTED | not detected | IU/mL | AA |
|---|---|---|---|---|
| HCV | NOT DETECTED | not detected | Log IU/mL | AA |

NOT DETECTED - The result is less than the limit of detection.
This does not rule out the presence of PCR inhibitors in the
patient sample or hepatitis C virus concentrations below the
level of detection of the assay.  Care should be taken when
interpreting any single viral load determination.

NOT QUANTIFIED - The assay detected the presence of the virus
but was unable to accurately quantify the number of copies.
This would indicate a result between 1.3 log IU/mL (18 IU/mL)
and 1.6 log IU/mL (43 IU/mL).

The HCV PCR Quantitation test is not intended for use as a
screening test for the presence of HCV in blood or blood
products.

Assay methodology is an FDA approved nucleic acid amplification
test for the quantitation of Hepatitis C RNA using the COBAS
TaqMan analyzer.

Clinical Utility:  NIH 2002 recommendations state, Early viral
response (EVR), defined as a minimum 2 log decrease  in viral
load during the first 12 weeks of treatment, is predictive of
Sustained Virological Response (SVR) and should be a routine

(CONTINUED)

ESTIMATED GFR Reference Range:
GFR -- Less than 60: Chronic Kidney Disease, if found over a 3
month period.
GFR -- Less than 15: Kidney Failure.
For African Americans, multiply the calculated GFR by 1.21.
GFR calculation is not valid for patients under age 18 years.
For patients over age 70 please interpret results with caution
as results have not been validated for this calculation method

LAR-MAR-PLT- 078

Declaration of Steven Shelton, M.D.
Attachment 1; Page 50 of 100



**INTERPATH**
LABORATORY

Client: SNAKE RIVER CORRECTIONS

|  | Mountain Time |  |
|---|---|---|
| LARIOS-MARTINEZ, MOIS Acc: 11-14952 | Coll: 11/07/2012 | N/G |
| DOB:           49y M Req: SRC-9066 | Recd: 11/07/2012 | 13:11 |
| Dr: GULICK, GARTH    ID : 14201155 | Rept: 11/09/2012 | 08:00 |
| Mailstop: FAX    SSN: | Hrs Fast: N/G | |

| | Mountain Time | |
|---|---|---|
| LARIOS-MARTINEZ, MOIS Acc: 11-14952 | Coll: 11/07/2012 | N/G |
| DOB:           49y M Req: SRC-9066 | Recd: 11/07/2012 | 13:11 |
| Dr: GULICK, GARTH    ID : 14201155 | Rept: 11/09/2012 | 08:00 |
| Mailstop: FAX    SSN: | Hrs Fast: N/G | |

| Test | Value | Reference Range | Units | LC | | Test | Value | Reference Range | Units | LC |
|---|---|---|---|---|---|---|---|---|---|---|

**HCV RNA QUANT by PCR**

| HCV | NOT QUANTIFIED | not detected | IU/mL | AA |
|---|---|---|---|---|
| HCV | NOT QUANTIFIED | not detected | Log IU/mL | AA |

NOT DETECTED - The result is less than the limit of detection.
This does not rule out the presence of PCR inhibitors in the
patient sample or hepatitis C virus concentrations below the
level of detection of the assay. Care should be taken when
interpreting any single viral load determination.

NOT QUANTIFIED - The assay detected the presence of the virus
but was unable to accurately quantify the number of copies.
This would indicate a result between 1.3 log IU/mL (18 IU/mL)
and 1.6 log IU/mL (43 IU/mL).

The HCV PCR Quantitation test is not intended for use as a
screening test for the presence of HCV in blood or blood
products.

Assay methodology is an FDA approved nucleic acid amplification
test for the quantitation of Hepatitis C RNA using the COBAS
TaqMan analyzer.

Clinical Utility: NIH 2002 recommendations state, Early viral
response (EVR), defined as a minimum 2 log decrease in viral
load during the first 12 weeks of treatment, is predictive of
Sustained Virological Response (SVR) and should be a routine
part of monitoring patients with genotype 1. Patients who fail
to achieve an EVR at week 12 of treatment have a small chance
of achieving and SVR even if therapy is continued for a full
year. Treatment need not be extended beyond 12 weeks in these
patients.

Result HL7 to Oregon Health Dept by AJSIE at 2012-11-09
07:00:37 Comment: Sent by background process (HL7 Delivery)
Result HL7 to Oregon Health Dept by AJSIE at 2012-11-09
07:00:37 Comment: Sent by background process (HL7 Delivery)

11-09-12
JB
file in pt's chart

THIS IS A PRELIMINARY REPORT

LARIOS-MARTINEZ, MOIS    Coll: 11/07/2012    Rept: 11/09/2012

**LAR-MAR-PLT- 079**

Declaration of Steven Shelton, M.D.
Attachment 1; Page 51 of 100

75

**INTERPATH**
LABORATORY

Client: SNAKE RIVER CORRECTIONS

| | Mountain Time | | | Mountain Time | |
|---|---|---|---|---|---|
| LARIOS-MARTINEZ, MOIS Acc: 10-1382 | Coll: 10/01/2012 09:00 | | LARIOS-MARTINEZ, MOIS Acc: 10-1382 | Coll: 10/01/2012 09:00 | |
| DOB: M | Req: SRC-8595 | | DOB: M | Req: SRC-8595 | |
| | Recd: 10/01/2012 13:44 | | | Recd: 10/01/2012 13:44 | |
| Dr: GULICK, GARTH ID : 14201155 | Rept: 10/05/2012 06:00 | | Dr: GULICK, GARTH ID : 14201155 | Rept: 10/05/2012 06:00 | |
| Mailstop: FAX SSN: | Hrs Fast: 12 | | Mailstop: FAX SSN: | Hrs Fast: 12 | |

| Test | Value | Reference Range | Units | LC | | Test | Value | Reference Range | Units | LC |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **CBC** | | | | |
| **CHEM PLUS + CBC** | | | | | | WBC | 2.1 L | 4.5-11.0 | K/ul | BW |
| | | | | | | RBC | 3.99 | 3.8-5.7 | M/ul | BW |
| **CHEM PLUS** | | | | | | HEMOGLOBIN | 12.8 | 12.0-18.0 | g/dl | BW |
| GLUCOSE | 106 H | 70-100 | mg/dL | BW | | HEMATOCRIT | 37.9 | 35-50 | % | BW |
| PHOSPHORUS, INORG | 2.1 L | 2.5-5.0 | mg/dL | BW | | MCV | 95.1 | 81-99 | fl | BW |
| URIC ACID | 4.0 | 2.3-7.6 | mg/dL | BW | | RDW | 15.7 H | 10.5-15.0 | % | BW |
| BILIRUBIN, TOTAL | 0.8 | 0.0-1.2 | mg/dL | BW | | MCH | 32 | 27-33 | pg | BW |
| CALCIUM | 8.1 L | 8.4-10.2 | mg/dL | BW | | MCHC | 34 | 30-36 | % | BW |
| MAGNESIUM | 2.6 H | 1.7-2.5 | mg/dL | BW | | | | | | |
| | | | | | | PLATELET COUNT | 70 L | 140-440 | K/ul | BW |
| SODIUM | 139 | 132-143 | meq/L | BW | | | | | | |
| POTASSIUM | 3.8 | 3.6-5.1 | meq/L | BW | | NEUTROPHILS | 36.2 L | 39-80 | % | BW |
| CHLORIDE | 110 | 95-112 | meq/L | BW | | LYMPHOCYTES | 58.4 H | 24-44 | % | BW |
| CARBON DIOXIDE | 20 | 19-31 | meq/L | BW | | MONOCYTES | 4.5 | 0-12 | % | BW |
| | | | | | | EOSINOPHILS | 0.7 | 0-6 | % | BW |
| UREA NITROGEN | 21 | 6-23 | mg/dL | BW | | BASOPHILS | 0.2 | 0-2 | % | BW |
| CREATININE, SERUM | 0.84 | 0.5-1.5 | mg/dL | BW | | VERIFIED BY REPEAT ANALYSIS. Smear review has confirmed the | | | | |
| GFR ESTIMATION | NOT PERFORMED | | ml/min | BW | | above stated values. JHNEI | | | | |
| BUN/CREAT.RATIO | 25.0 | 6.0-28.6 | | BW | | MANUAL PLATELET ESTIMATE IS 100,000. NO CLUMPING SEEN. JHNEI | | | | |
| | | | | | | | | | | |
| PROTEIN | 6.6 | 6.0-8.0 | g/dl | BW | | HCV RNA QUANT by PCR | | | | |
| ALBUMIN | 3.7 | 3.5-5.0 | g/dl | BW | | HCV | 5506 H | not detected | IU/mL | AA |
| GLOBULIN | 2.9 | 1.8-3.5 | g/dl | BW | | HCV | 3.7 H | not detected | Log IU/mL | AA |
| A/G RATIO | 1.3 | 1.1-2.4 | | BW | | | | | | |
| | | | | | | NOT DETECTED - The result is less than the limit of detection. | | | | |
| GGT | 26 | 5-60 | U/L | BW | | This does not rule out the presence of PCR inhibitors in the | | | | |
| ALKALINE PHOS | 79 | 30-128 | U/L | BW | | patient sample or hepatitis C virus concentrations below the | | | | |
| AST(SGOT) | 27 | 0-40 | U/L | BW | | level of detection of the assay. Care should be taken when | | | | |
| ALT(SGPT) | 22 | 0-46 | U/L | BW | | interpreting any single viral load determination. | | | | |
| LD | 217 H | 100-215 | U/L | BW | | | | | | |
| | | | | | | NOT QUANTIFIED - The assay detected the presence of the virus | | | | |
| CHOLESTEROL | 110 | OPT: <200 | mg/dL | BW | | but was unable to accurately quantify the number of copies. | | | | |
| TRIGLYCERIDES | 108 | 30-150 | mg/dL | BW | | This would indicate a result between 1.3 log IU/mL (18 IU/mL) | | | | |
| HDL | 33.0 L | OPT: >40 | mg/dL | BW | | and 1.6 log IU/mL (43 IU/mL). | | | | |
| LDL | 55 | OPT: <100 | mg/dL | BW | | | | | | |
| VLDL | 22 | 4-40 | mg/dL | BW | | The HCV PCR Quantitation test is not intended for use as a | | | | |
| | | | | | | screening test for the presence of HCV in blood or blood | | | | |
| IRON | 260 H | 37-160 | ug/dL | BW | | products. | | | | |
| TIBC | 298 | 245-400 | ug/dL | AA | | | | | | |
| % SATURATION | 87.2 H | 20-55 | % | AA | | Assay methodology is an FDA approved nucleic acid amplification | | | | |

ESTIMATED GFR Reference Range:

GFR = Less than 60; Chronic Kidney Disease, if found over a 3
month period.

GFR = Less than 15; Kidney Failure.

For African Americans, multiply the calculated GFR by 1.21.
GFR calculation is not valid for patients under age 18 years.
For patients over age 70 please interpret results with caution
as results have not been validated for this calculation method.

Assay methodology is an FDA approved nucleic acid amplification
test for the quantitation of Hepatitis C RNA using the COBAS
TaqMan analyzer.

Clinical Utility: NIH 2002 recommendations state, Early viral
response (EVR), defined as a minimum 2 log decrease in viral
load during the first 12 weeks of treatment, is predictive of
Sustained Virological Response (SVR) and should be a routine
part of monitoring patients with genotype 1. Patients who fail
to achieve an EVR at week 12 of treatment have a small chance
of achieving and SVR even if therapy is continued for a full
(CONTINUED)

10/K/11

**LAR-MAR-PLT- 081**